1
United States Courts
Southern District of Texas
FILED

*May 29, 2024*

Nathan Ochsner, Clerk of Court

May 16, 2024

## 4:24cv2090

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF TEXAS

# HOUSTON DIVISION

# <u>PETITION TO FILE SUIT</u>

To the Honorable Judge in said court:

Due to lack of justice at the District Court located at 301 Caroline in Houston, Texas 77002; I, Renee Jackson, Plaintiff/ ProSe Litigant, under the Fourteenth Amendment exercise my right to file a lawsuit against the Harris County District Clerk's office due to corruption and deceit in their court system.

## General Reason

Plaintiff/Prose Renee Jackson has been treated unjustly and unfairly since filing her first petition November 11, 2021 and has been able to file suit for three other cases in the District Cout (one case was settled out of court) and all motions have been ignored or denied. Plaintiff Renee Jackson has made every effort in contacting Court Management, sent emails, faxes, certified letters and phone calls with no resolution or answers to the credibility of the District Court, their staff, and their judges. Plaintiff sent emails to the State Commission on Judicial Conduct but only received negative responses relating to the state's confidentiality.

# ARGUMENTS AND AUTHORITIES

# FIRST CASE WITH FOLLOWING SUBMISSIONS

1.  Plaintiff filed her first lawsuit, (Case No: 2021-74149) November 11, 2021 in the amount of $250,000 for Medical Malpractice and case went to the 61st Court. (See Exhibit 1 (1-8).

2.  When Defendants went past a twenty-day notice for response, Plaintiff Renee Jackson put in a Motion to Default December 15, 2021. It was ignored and finally denied. (See Exhibit 2 (1-3) and Exhibit A (2).

3.  Plaintiff noticed that the judge of the 61st Court was approving all motions on behalf of the Defendants but never responded to the Plaintiff's motions. Plaintiff filed a Motion to Recuse against the 61st Court judge after research proved the judge had been in trouble previously due to a luncheon with attorneys and decided in their favor for a $2,000,000.00 settlement. (See exhibit A (1)

4.  Judge of the 61st Court did not recuse herself.

5.  Judge of the 61st Court decided against Plaintiff Renee Jackson in favor of the Defendants  May 6, 2022 due to Chapter 74 with Prejudice claiming Plaintiff missed the 120-day time frame for filing a response and submitting documentations Defendants requested. Plaintiff never received a copy of this order by mail nor email.

6.  Plaintiff Renee Jackson requested in her motions that defendant Dr. Billy Puckett present a license for anesthesia in levels 1, 2, 3, and 4 and nothing was ever presented and the judge of the 61st Court ignored proof Plaintiff submitted to the 61st Court showing defendant Dr. Billy Puckett had no permit for anesthesia in levels 1, 2, 3, and 4 (See exhibit A (1-15). The judge of the 61st Court ignored the evidence and never requested that defendants send in the proof to her court. Plaintiff submitted the proof to the clerk's office and showed proof that she didn't have an appointment with Dr. Billy Puckett June 3rd of 2020 but

with a Dr. Barron at 2pm the day of injury. Plaintiff never saw Dr. Barron. (See exhibit 1 (1)

7. The day the judge of the 61st court decided in favor of the defendants May 6, 2022, plaintiff presented the judge with a Motion to Reinstate Case and judge told Plaintiff to file in the clerk's office instead of giving the plaintiff a chance to reinstate her case for reasons and evidence already submitted to the district clerk's office.

8. Motion to reinstate May 6, 2022; no response from the court.

9. Order to Reinstate case May 6, 2022; no response from the court.

10. Motion to Reinstate Case Docket and Notice of Hearing May 9, 2022; no response from the court.

11. Order to Reinstate Case Docket and Notice of Hearing May 9, 2022; no response from the court.

12. Motion for new trial May 9, 2022; no response from the court.

13. Plaintiff's Motion of Oral Hearing May 9, 2022; no response from the court.

14. Plaintiff's order of Oral Hearing; no response from the court.

15. Notice of Submission May 9, 2022; no response from the court, set for March 21, 20222 at 11;00am in the 61st Court; no response from the court.

16. Notice of Appeal May 13, 2022; no response from the court.

Plaintiff Renee Jackson filed the case 2021-74149 in the appeals court case 0-22-00369-CV but the appeals court, after switching a judge, decided in favor of the 61st court judge.

## SECOND CASE WITH FOLLOWING SUBMISSIONS

1. Plaintiff Renee Jackson filed suit against defendant Roschell Santee (Case 2023-53330) August 15, 2023.

2. Plaintiff submitted in proof that defendant Roschell Santee claims to know important people in the law. Plaintiff sent in as proof pictures of judges, police officers, state representatives, and people in congress along with her petition which would be "A Conflict of Interest) and plaintiff is concerned about her case.

3. September 25, 2023 Plaintiff submits in her answer to the Defendant's response to her original petition and no response from the court.

4. Plaintiff Renee Jackson put in a Demand for Jury trial December 5, 2023; no response from court.

5. Plaintiff's case was disposed of May 6, 2024; Plaintiff was not aware of this new motion relating to her case because a Demand was put in for a jury trial.

6. Plaintiff submitted in a Motion to Reinstate case; no response from the 295th Court.


**THIRD CASE WITH FOLLOWING SUBMISSIONS**


1. Plaintiff files suit May 10, 2023 against Dr. Billy Puckett under another lawsuit in the amount of $500,000.00 for Medical Negligence. Proof was submitted in again showing proof that Dr. Billy Puckett did not have a permit or license to administer anesthesia in levels 1, 2, 3, and 4 on Plaintiff Renee Jackson.

2. Plaintiff Renee Jackson's case was sent back to the 61st Court with case no; 202329961.

3. Plaintiff Renee Jackson put in another Motion for Recuse and showed evidence that the judge of the 61st Court was biased and evidence was in the

defendants' response of submission against the plaintiff for a previous case which included the judge of the 61st court dated and filed September 8, 2023.

4. September 11, 2023 before a Default judgement in favor of the defendants would take place September 18, 2023; the judge of the 61st Court Judge Fredericka Harris Phillips recused herself and case was given to the court of her choice the 127th Court.

5. Plaintiff Renee Jackson submits to the 127th Court 'Order for defendant's amended notice of submission for summary judgement (previously filed) be denied' until proof of a license or permit be shown to the court and the Plaintiff that Dr. Billy Puckett had a permit to administer anesthesia in levels 1, 2, 3, and 4 to plaintiff the day of her injury June 3, 2020 and that she was not used as a Guinea Pig and it was not a malicious act that this injury happened the day the Black Lives' Matter movement came to Houston.

6. Plaintiff submits 'Order for Jury Trial'; no response from the 127th Court.

7. Plaintiff Renee Jackson submits a 'Petition to Re-Open closed case 2021-74149; no response from the district clerk's office.

8. May 16, 2024 Plaintiff discovers case 202329961 was disposed of December 22, 2023 after calling district clerk's office to get an update on case.


## FOURTH CASE WITH FOLLOWING SUBMISSIONS


Plaintiff Renee Jackson is concerned that there will be a 'Conflict of Interest' relating to her case 2022-756227. Plaintiff asked for a recusal of judge at the 234th Court because of the disrespect Judge Laureen Reeder presented toward plaintiff but allowed defendant Roschell Santee to speak. Judge Reeder did not allow plaintiff to question defendant Roschell Santee's husband in the presence of the judge and the judge allowed defendant to stop plaintiff Renee Jackson from

proceeding even though it was not a trial hearing. Plaintiff asked for a 'Motion to Recuse' Judge Reeder and received two denials of the recuse. One by email dated September 11, 2023 (the same day Judge Fredericka Harris Phillips of the 61st Court recused herself) and the other recusal was sent by mail November 11, 2023. (See exhibit 6 (1-5).

**PEOPLE THE PLAINTIFF CALLED, SENT EMAILS, FAXES, AND CERTIFIED LETTERS IN ORDER TO ALERT THE COURTS OF HER CASES WITHOUT RESPONSES TO HER CONCERNS.**

1. **RICHARD WOODS**

2. **ANGELLIA DOZIER**

3. **CUSTOMER SERVICE FOR THE CLERK'S OFFICE**

4. **MARILYN BURGESS OFFICE**

5. **WES McCOY**

6. **MICHELLE GAINES**

7. **JUDITH SNIVELY**

8. **AMAN AHLUWALIA**

9. **PUBLIC AFFAIRS**

10. **DEBORAH M. YOUNG**

11. **EILEEN GAFFNEY (See exhibit 4 (1-16)**

12. **COURT MANAGEMENT ON FRANKLYN, 7TH FLOOR**

13. **FAYE BAILY (STATE BOARD OF DENTAL EXAMINERS PRELIMINARY INVESTIGATION; COMPLAINT # 2021-01164**

14. **BLAKE HAWTHORNE**

**15. STATE COMMISSION ON JUDICIAL CONDUCT JANUARY 4, 2024**

**16. STATE COMMISSION ON JUDICIAL CONDUCT FEBRUARY 27, 2024**

**17. SUPREME COURT OF THE UNITED STATES APRIL 9, 2024**

**18. REBECCA BRITE**

**19. JUDGE SUSAN BROWN'S OFFICE**

# United States Constitutional Defenses

Plaintiff is a United States citizen, born and raised in Texas and is not an African American because plaintiff was not born in Africa.

1: Regardless of plaintiff's race, we all have equal rights and all freemen*, when they form a social compact, have equal rights, and no man, or set of men, is entitled to exclusive separate public emoluments, or privileges, but in consideration of public services. (Feb. 15, 1876.) Sec. 3a. EQUALITY UNDER THE LAW. Equality under the law shall not be denied or abridged because of sex, race, color, creed, or national origin. This amendment is self-operative. (Added Nov. 7, 1972.)

2: The ERA; The Equal Rights Amendment is a proposed amendment to the United States Constitution designed to guarantee equal legal rights for All American citizens and all persons within the jurisdiction of the United States shall have the same right in every State and Territory to make and enforce contracts, to **sue**, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as is enjoyed by white citizens, and shall be subject to like punishments, pains, penalties, taxes, licenses, and exactions of every kind, and to no other.

3: The Constitution of the United States of America! The 14th Amendment

This Amendment pertains to plaintiff as well and all persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States, nor shall any State deprive any person of life, liberty, or property, without due process of law, nor deny to any person within its jurisdiction the equal protection of the laws.

## Prayer for Relief

Plaintiff Renee Jackson was used as a Guinea Pig by Dr. Billy Puckett who had no permit to administer anesthesia in levels 1, 2, 3, and 4 that is required by the Texas State Board of Dental Examiners. Plaintiff's last visit with Dr. Billy Puckett has brought about anxiety, distrust, and fear of getting hurt again by another dentist. Plaintiff's mental anguish since the injury has Not improved. Plaintiff needs more dental work but fear prevents her from visiting another dentist. This petition for suit should not be barred and evidence of a permit, showing dates and times the injury occurred should be presented to the court and to the plaintiff. Plaintiff Renee Jackson is a survivor of domestic abuse and she was abused and used by Dr. Billy Puckett to practice medicine on plaintiff that went horribly wrong. Restitution should be in the amount of $500,000.00. Plaintiff is asking for mercy of the court to bring this case to trial and evidence from Dr. Billy Puckett showing him as a dentist with a permit to administer anesthesia in levels 1, 2, 3, and 4 required by the Texas State Dental Board the day of the injury and not afterwards.

Due to above statement for relief, Plaintiff has not been given the chance to fight against those hurting and harming her. The District Court at 301 Caroline has prevented plaintiff from having a fair chance at justice. The court, the staff, and the judges at the District Court's office has not been fair or just toward plaintiff's motions, submissions, and orders submitted to the judges in courtroom 61, 127, and 234. All motions have been denied, disposed of, and ignored. Plaintiff is a Pro'se and has followed the rules of the court. Defendant for case 2022-75622 warned plaintiff in front of Judge Laureen Reeder that if she sends anything to her or her

family relating to 'Certificate of Service' the defendant threatened harassment charges against the plaintiff and the judge agreed with defendant Roschell Santee. Conflict of Interest is preventing justice and a right for one to defend his or herself in a court of law.

The judges residing over case (2023-29961 and 2021-74149) decided against the Plaintiff in favor of the defendants on both cases when amount for both cases exceeded the limit filed in the district court. The limit at the district court level must not exceed over $75,000.00 and yet these judges of the district court in the 61st court and the 127th court did not follow the rules and regulations of the court in dollar amount knowing the rules and regulations filed in the district clerk's office.

Plaintiff seeks resolution in the amount of $5,000,000.00 against the District Court of Harris County for deceit, erasing files off the District Clerk's website pertaining to plaintiff's case, not notifying plaintiff of her motions but forward mail on cases decided against her, unethical and biased judges, and violation of her rights as a United States citizen and Pro'se. We beg and plead for mercy here at the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION. Plaintiff Renee Jackson has been in and out of the hospital since filing in 2020 due to stress, mental anguish, and lack of hope within the justice system at the Harris County District Court and has numerous medical bills to be presented if requested.

Respectfully submitted,

Renee Jackson

Plaintiff

P.O. Box 607

Pearland, Texas 77588

Rjgarner530@yahoo.com

# State Commission on Judicial Conduct

**Officers**
Gary L. Steel, Chair
Ken Wise, Vice-Chair
Carey F. Walker, Secretary

**Members**
Janis Holt
Clifton Roberson
Kathy P. Ward
Wayne Money
Andrew M. "Andy" Kahan
Tano E. Tijerina
Clifford T. Harbin
Chace A. Craig
Sylvia Borunda Firth
Derek M. Cohen



**Executive Director**
Jacqueline R. Habersham

February 27, 2024

**CONFIDENTIAL**

Renee Jackson
PO Box 607
Pearland, TX 77588

      Re:    CJC No. 24-0336

Dear Ms. Jackson:

      The disciplinary system of the State Commission on Judicial Conduct serves many purposes: to protect the public; to promote public confidence in the integrity, independence, and impartiality of the Texas judiciary; and to encourage judges in Texas to maintain high standards of conduct both on and off the bench. One of the most important ways the Commission accomplishes this mission is through its investigation of allegations of judicial misconduct.

      Judicial misconduct involves the willful or persist violation of the provisions contained in Article V, Section 1-a(6)A of the Texas Constitution, Texas penal statutes, or the Texas Code of Judicial Conduct by a person holding judicial office, or otherwise authorized to perform judicial functions, at the time of the alleged offense. If a judge has violated these rules, the Commission has the discretion to discipline the judge through an admonition, warning, reprimand, or requirement for additional education, issued publicly or privately. In severe cases, the Commission may initiate formal proceedings in order to publicly censure the judge or to recommend the removal of the judge from office. Not every transgression will result in disciplinary action.

      Some allegations, even if true, do not rise to the level of judicial misconduct. For example, as a general rule, complaints about a judge's rulings (e.g., decisions relating to the introduction or exclusion of testimony or evidence at trial, bond setting, the issuance of arrest or search warrants, contempt of court proceedings, *ex parte* emergency relief, *habeas corpus* writs, temporary orders relating to custody, visitation, or child support, etc.) are not subject to review by the Commission, which has no authority to intervene in a court case or change a judge's rulings. Since the Commission cannot act as an appellate court, complaints relating to a judge's discretionary rulings will, in most cases, be dismissed for failure to allege judicial misconduct.





Tracking #:
    9589 0710 5270 1299 4876 23
                                          $3.65
    Return Receipt
        Tracking #:
        9590 9402 8413 3156 6220 45
                                          $11.12
Total

First-Class Mail®        1              $3.07
Large Envelope
    Washington, DC 20543
    Weight: 0 lb 7.20 oz
    Estimated Delivery Date
        Sat 04/13/2024
    Certified Mail®                      $4.40
        Tracking #:
        9589 0710 5270 1299 4876 78
                                          $3.65
    Return Receipt

# State Commission on Judicial Conduct

**Officers**
Gary L. Steel, Chair
Ken Wise, Vice-Chair
Carey F. Walker, Secretary

**Members**
Janis Holt
Clifton Roberson
Kathy P. Ward
Wayne Money
Andrew M. "Andy" Kahan
Tano E. Tijerina
Clifford T. Harbin
Chace A. Craig
Sylvia Borunda Firth
Derek M. Cohen

**Executive Director**
Jacqueline R. Habersham

January 4, 2024

**CONFIDENTIAL**

Renee Jackson
PO Box 607
Pearland, TX 77588

    Re:    CJC No. 24-0336

Dear Ms. Jackson:

    We have received your complaint against a Texas judge. All complaints receive a thorough review and investigation relevant to the allegations and are presented to the Commission. After its consideration, the Commission may dismiss a complaint, impose sanctions against a judge, or take other appropriate action. The Commission's actions are governed by Article V, Section 1-a of the Texas Constitution and Chapter 33 of the Texas Government Code.

    Please be advised that our proceedings are confidential. We are prohibited by Section 33.033(c) of the Texas Government Code from identifying by name the judge against whom you have filed a complaint. In order to assist us with our investigation, please reference the above-listed CJC case number in all future correspondence. Additionally, if you intend to submit additional documents for our consideration, please send photocopies.

    For your additional assistance, we have enclosed an information sheet that will explain more completely the process involved in investigating allegations of judicial misconduct. We will inform you in writing of the Commission's action on your complaint.

    If you have any questions or need additional information, please contact our office. When calling, please mention the above-listed CJC case number so as to expedite your phone call.

                                   **STATE COMMISSION ON JUDICIAL CONDUCT**

Enclosure

# Social Security Administration
# Benefit Verification Letter

Date: March 13, 2023
BNC#: 23OV524C54741
REF: DI

RENEE JACKSON FOR
VAN MICHELLE JACKSON
7909 S SAM HOUSTON
PKWY E APT 113
HOUSTON TX  77075-4782

You asked us for information from VAN MICHELLE JACKSON's record. The information that you requested is shown below.

## Information About Supplemental Security Income Payments

Beginning March 2023, the current Supplemental Security Income payment is $914.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on March 19, 2003.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Date of Birth Information

The date of birth shown on our records is December 16, 1965.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

# Social Security Administration
# Benefit Verification Letter

Date: March 13, 2023
BNC#: 23OV524C54741
REF: DI

RENEE JACKSON FOR
VAN MICHELLE JACKSON
7909 S SAM HOUSTON
PKWY E APT 113
HOUSTON TX  77075-4782

You asked us for information from VAN MICHELLE JACKSON's record.  The information that you requested is shown below.

## Information About Supplemental Security Income Payments

Beginning March 2023, the current Supplemental Security Income payment is $914.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on March 19, 2003.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Date of Birth Information

The date of birth shown on our records is December 16, 1965.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

**F I L E D**
Marilyn Burgess
District Clerk

1

MAY 0 9 2022

Time: 3. 40 PM

By _I. Ocaro_
Harris County, Texas
Deputy

May 7, 2022

## CAUSE NO. 2021-74149

| | | |
|---|---|---|
| RENEE JACKSON | { | IN THE DISTRICT COURT |
| PLAINTIFF | { | |
| VS. | { | HARRIS COUNTY, TEXAS |
| Dr. BILLY PUCKETT | { | |
| BILLY PUCKETT, D.D.D. d/b/a | { | |
| PEARLAND FAMILY DENTISTRY | { | 61ST JUDICIAL DISTRICT |
| GRISELDA AVILES | { | |
| SYEDA SHAW, D.D.S | { | |
| DEFENDANTS | { | |

## **Plaintiff's order of Oral Hearing**

To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause humbly ask that a file for Motion to Reinstate my case. Said Motion is set for Oral Hearing on May 20, 2022 at 11:00 am. The hearing is expected to last 15 minutes

Respectfully submitted,

Renee Jackson

Plaintiff

P.O. Box 607

Pearland, Texas 77588

May 7, 2022

**FILED**
Marilyn Burgess
District Clerk

MAY 0 9 2022

Time: _____ 3. 44 ph

Harris County, Texas

By _____ Collaj

Deputy

1

## CAUSE NO. 2021-74149

RENEE JACKSON                    {          IN THE DISTRICT COURT
PLAINTIFF                        {
VS.                              {
Dr. BILLY PUCKETT                {          HARRIS COUNTY, TEXAS
BILLY PUCKETT, D.D.D. d/b/a      {
PEARLAND FAMILY DENTISTRY        {          61ST JUDICIAL DISTRICT
GRISELDA AVILES                  {
SYEDA SHAW, D.D.S                {
DEFENDANTS                       {


## <u>Order for New Trial</u>


    Come now, I, Renee Jackson, files this motion for New Trial
herein and in support thereof, under Tex.R.CIV.P.329B,  would
show unto the court the reasons why I am entitled to a new trial
for the following reasons.


    To the Honorable Judge in said court:


I, Renee Jackson, Plaintiff, in the above-titled and numbered cause will
show the following reasons why this motion should be granted in my
favor. Whether a case is dismissed under rule 165a or the trial court's
inherent power, the trial court must reinstate the case if it determines the
failure of the party or his attorney "was not intentional or the result of
conscious indifference but was due to an accident or mistake or that the
failure has been otherwise reasonably explained. Tex. R. Civ. P. 165a(3),
(4).  Smith v. Babcock & Wilcox Constr. Co., 913 S.W.2d 467, 468 (Tex.



← → C ⚙ ▲ Not secure | tlsbd.texas.gov/dts/zoom.php?id=45846

| Former Last Name | PUCKETT |
| First Name | BILLY |
| Middle Name | |
| Gender | Male |
| City | FRIENDSWOOD |
| State | TX |
| Zip Code | 77546 |
| County | GALVESTON |
| Initial Certification Date | 06/16/2009 |
| | No Permit |
| | No Permit |
| Permit Issued | No Permit |
| | No Permit |
| Patient | |
| Sedation Patient | |



| | |
|---|---|
| Dental School | UT Houston |
| Year of Birth | 1982 |

**Public Actions**

| | |
|---|---|
| Disciplinary Action | No |
| Disciplinary Action PDFs | |
| Remedial Plans | No |
| Remedial Plan PDFs | |

CERTIFICATION OF INFORMATION: The Texas State
functions of this website, performs daily updates

## Codes for Type of Practice

DPH=Dental Public Health
END=Endodontics
GEN=General Dentistry
Maxillofacial Radiology



Jeremy Carter / Houston Chronicle

A state commission has issued a public warning against a Harris County civil court judge who attended a celebratory luncheon paid for by attorneys of defendants in her court, to whom she awarded a $2 million judgment the following day.

Judge Fredericka Phillips, who was elected to the 61st Judicial District Court in 2016, violated state code when she attended the luncheon and failed to inform plaintiffs in the pending case, the State Commission on Judicial Conduct found on April 9.

Phillips did not respond to a request for comment. Judges typically do not answer questions about litigation because of state codes that prevent them.

SALE! Get an Entire 6 Months of Unlimited Digital Access for 99¢                    ACT NOW

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

39 NO. 16541

## MARILYN BURGESS DISTRICT CLERK

Case: 202353330-7          Trans ID: 215135931          Court: 295

Action : ADDITIONAL SERVICE

Style    PLT: JACKSON, RENEE
         DEF: SANTEE, ROSHCELL SANTEE

| Fee | Description | Amount |
|-----|-------------|--------|
| 502 | JURY FEE (Rule 216 (2) T.R.C.) | $10.00 |

| | | |
|---|---|---|
| Payment  Paupers Due | | $10.00 |
| Amount Due : | | $10.00 |
| Payment Amount: | | $0.00 |
| Amount Applied: | | $0.00 |
| Amount Due: | | $10.00 |
| Received | JA | S3034425 |
| Of | P O BOX 607 | |
| | PEARLAND, TX  77588 | |

TEN  AND 00/100 ***************************Dollars

Payment Date:                    File Date: 8/15/2023

IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: MCCARTY, TALITHA R
Validated: 12/7/2023     By :CHAMBERS, WANDA R

Comment:

1



September 8, 2023

Cause # 2023-29961

RENEE JACKSON                    {          IN THE DISTRICT COURT
PLAINTIFF                        {
VS.                              {          61ST COURT
Dr. BILLY PUCKETT                {
BILLY PUCKETT, D.D.D. d/b/a      {          HARRIS COUNTY, TEXAS
PEARLAND FAMILY DENTISTRY        {

DEFENDANT

**FILED** Marilyn Burgess District Clerk SEP 0 8 2023 Harris County, Texas Time: _____ By _____ Deputy

## <u>**RESPONSE TO DEFENDANT'S SUBMISSION**</u>

To the Honorable Judge in said court:

Plaintiff/Pro'Se Litigant, Renee Jackson, submits her response relating to Medical Negligence and in answer to the Defendant's lawyer due to the following reasons.

### **General Reason**

June 3rd of 2020, Plaintiff went to Pearland Family Dentistry for an appointment she originally had with a Dr. Barron. But Plaintiff never saw Dr. Baron because Dr. Billy Puckett took over her chart and decided to be her dentist. Anesthesia administered by Dr. Billy Puckett and a puncture to the lip caused Plaintiff's mouth to deform and her gums are horribly uneven. Dr. Billy Puckett used Plaintiff Renee Jackson as an experiment to practice medicine on a black woman.



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800
| www.hcdistrictclerk.com

**5/16/2022**

**RENEE JACKSON**
**PRO SE**
**PO BOX 607**
**PEARLAND TX 77588**
**EMAIL: RJGARNER530@YAHOO.COM**

**SENT VIA E-MAIL**

RE:     **Case #: 2021-74149, In the 61ST District Court of Harris County, Texas**
         **Styled: JACKSON, RENEE vs PUCKET, BILLY (DR)**

**Dear Ms. Jackson,**

This is to inform you that we have received your notice of appeal, filed **May 13, 2022.** This appeal was assigned to
the **1ST Court of Appeals,** and we have calculated the clerk's record due date which is **September 5, 2022.**

A request for a designation of items to be included in the clerk's record should be filed *immediately*. If no request is
received *before the preparation* of the clerk's record, Rule 34.5(b), only items relating to Rule 34.5(a), Rules of
Appellate Procedure, will be included.  For any items to be included, after the Clerk has prepared the record, it will
be necessary to request a supplemental clerk's record Rule 34.5(c).
**Please file all appeal pleadings and requests directly with the Civil/Family Post Trial department, located at
201 Caroline, Suite 250.**

         ** *If party filing Notice of Appeal is an attorney, your pleadings must be electronically filed.* **
**Thank you,**

/s/ *Khiela Jackson*
**KHIELA JACKSON, DEPUTY CLERK**

Marilynn Burgess, District Clerk
Harris County, Texas
Civil/Family Post Trial
201 Caroline, Ste. 250
P.O. Box 4651
Houston, Texas  77210

1

**September 25, 2023**

FILED
Marilyn Burgess
District Clerk

OCT 19 2023

Time:_____
Harris County, Texas
By_____
Deputy

CAUSE NO: 2023-53330

| | |
|---|---|
| **RENEE JACKSON** | **IN THE  DISTRICT COURT** |
| **PLAINTIFF** | **295th Court** |
| **VS** | **HARRIS COUNTY, TEXAS** |
| **DR. ROSCHELL SANTEE** | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S RESPONSE TO ORIGINAL PETITION**

To the Honorable Judge in said court:

Plaintiff/ ProSe Litigant, Renee Jackson, submits her answer to Defendant Dr. Roschell Santee with proof that Defendant's allegations against her are false; and, yet, again, the First District Court is unfair and unjust which causes a 'Conflict of Interest'.

**ARGUMENTATIVE RESPONSE**

1. Plaintiff/Pro'Se Renee Jackson was told by the First District Court to submit any document for petition or motions, there must be a name attached to

December 5, 2023

CAUSE NO: 2023-53330

RENEE JACKSON                                    IN THE  DISTRICT COURT

PLAINTIFF                                        295th Court

VS                                               HARRIS COUNTY, TEXAS

DR. ROSCHELL SANTEE

# DEMAND FOR JURY TRIAL

Plaintiff/Pro'Se Renee Jackson asserts her right to a trial by jury, under the Texas Constitution Article 1, Section 15, and makes written demand for a jury trial.   We plead for the mercy of the court.

Respectfully submitted,

Renee Jackson

Plaintiff

P.O. Box 607

Pearland, Texas 77588

Rjgarner530@yahoo.com

281-702-7240

## CERTIFICATE OF SERVICE

Because of a previous case, Dr. Roschell Santee has requested that nothing

be sent to her or her husband Dr. Robert Santee by plaintiff Renee Jackson

or it would be considered harassment.  We pray that by following the rules

and regulations of the court for Certificate of Service, plaintiff Renee

Jackson can email said copy of this sworn statement to defendant and no

charges be placed against her by following the law. We pray that plaintiff's

case will be taken seriously and treated fairly.  Email address for defendant

is listed below. But will try and send to email.

Dr. Roschell Santee

6363 Richmond Ave.

Suite 200

Houston, Texas 77057

1-346-907-7650 or 1-346-239-1460

Santeefoundation75@gmail.com

Libertylp393@gmail.com

May 8, 2024

**FILED**
Marilyn Burgess
District Clerk

MAY 0 8 2024

Time:_____
By_____  Harris County, Texas
                    Deputy

1

## CAUSE NO. 202353330

RENEE JACKSON                    {          IN THE DISTRICT COURT
PLAINTIFF                               {

VS.                                         {          HARRIS COUNTY, TEXAS

Dr. Roschell Santee                              295th JUDICIAL DISTRICT
 DEFENDANT                     {


# <u>MOTION TO REINSTATE</u>


   Come now, I, Renee Jackson, files this MOTION TO REINSTATE herein and in support thereof, under TexR.CIV.P.329B and Texas Rule 26.1, would show unto the court the reasons why I am entitled to this appeal for the following reasons.


   To the Honorable Judge in said 295TH Court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause will show the following reasons why this notice should be granted in my favor. Whether a case is dismissed under rule 165a or the trial court's inherent power, or disposed of by a misunderstanding and incorrect information, the trial court must reinstate the case if it determines the failure of the party or his attorney "was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained.

3:  The Constitution of the United States of America! The 14th Amendment

This Amendment pertains to me as well and all persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States, nor shall any State deprive any person of life, liberty, or property, without due process of law, nor deny to any person within its jurisdiction the equal protection of the laws.

## Prayer for Relief

Plaintiff respectfully request the court for this motion. I would like to be given a fair chance to prove my case without the unfair and unjust cause of the defendant Roschell Santee getting the help of her important people in the court system sabotaging plaintiff's case with the assumption that the District Court in unjust, unfair, and corrupted. Plaintiff asks that Demand for Jury trial be honored and acknowledged and that disposal of case unjustly be re-instated and heard by a Jury Trial.

Respectfully submitted,

Renee Jackson

Plaintiff

P.O. Box 607

Pearland, Texas 77588

Rjgarner530@yahoo.com

## CERTIFICATE OF SERVICE

3

Due to previous Certificate of Service to defendant Roschell Santee; plaintiff Renee Jackson is respecting the fact that Roschell Santee asked plaintiff not to get in touch with her or her family in any or she would file harassment charges against plaintiff Renee Jackson (See original filing with evidence); therefore, plaintiff is respecting wishes of the defendant.  Information on defendant is listed below.

Roschell Santee

Libertylp393@gmail.com

Santeefoundation75@gmail.com

August 15, 2023
~~February 20, 2023~~

**FILED**
Marilyn Burgess
District Clerk

AUG 1 5 2023

Time:_____
Harris County, Texas
By_____
Deputy

## CAUSE NO. 202275622⁷

RENEE JACKSON
COURT
VS
DR. ROSCHELL SANTEE
DR. ROBERT SANTEE

IN THE CIVIL DISTRICT

234TH JUDICIAL DISTRICT
OF
HARRIS COUNTY, TEXAS

## <u>MOTION FOR RECUSE</u>

Come now, Plaintiff, Renee Jackson, files this Motion for Summary Judgement, due to the Defendants not alerting the Plaintiff of their Response to the Plaintiff's original petition to the 234th court before case was to be placed on court docket January 23rd of 2023 at 11:00 A. M., but falsified information on their submitted document dated January 17th of 2023 stating that a certified copy was sent to the Plaintiff, Renee Jackson, by certified mail and email. Plaintiff, Renee Jackson, did not receive a copy of the Response and will show the following reasons and proof why this suit, should be granted in her favor along with Copyright Infringements, and Conflict of Interest. We pray for the mercy of the court.

To the Honorable Judge of said court in the 234th District;

### General Reason for Original Petition Filed

Plaintiff began September 7th of 2022 meeting with Dr. Robert Santee on h' recording of his story for approximately two hours. Upon another meeting, a.

May 7, 2022

**FILED**₁
Marilyn Burgess
District Clerk

MAY 0 9 2022
Time: _3:20pm_
Harris County, Texas
By _____
Deputy

## CAUSE NO. 2021-74149

| | | |
|---|---|---|
| RENEE JACKSON | { | IN THE DISTRICT COURT |
| PLAINTIFF | { | |
| VS. | { | HARRIS COUNTY, TEXAS |
| Dr. BILLY PUCKETT | { | |
| BILLY PUCKETT, D.D.D. d/b/a | { | |
| PEARLAND FAMILY DENTISTRY | { | 61ST JUDICIAL DISTRICT |
| GRISELDA AVILES | { | |
| SYEDA SHAW, D.D.S | { | |
| DEFENDANTS | { | |

## **Plaintiff's Motion of Oral Hearing**

To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause humbly ask that a file for Motion to Reinstate my case. Said Motion is set for Oral Hearing on May 20, 2022 at 11:00 am. The hearing is expected to last 15 minutes

Respectfully submitted,

Renee Jackson

Plaintiff

P.O. Box 607

Pearland, Texas 77588

May 7, 2022

**FILED**
Marilyn Burgess
District Clerk
Time: _____ MAY 09 2022
Harris County, Texas
By _____
Deputy

1

## CAUSE NO. 2021-74149

| | | |
|---|---|---|
| RENEE JACKSON | { | IN THE DISTRICT COURT |
| PLAINTIFF | { | |
| VS. | { | |
| Dr. BILLY PUCKETT | { | HARRIS COUNTY, TEXAS |
| BILLY PUCKETT, D.D.D. d/b/a | { | |
| PEARLAND FAMILY DENTISTRY | { | 61ST JUDICIAL DISTRICT |
| GRISELDA AVILES | { | |
| SYEDA SHAW, D.D.S | { | |
| DEFENDANTS | { | |

## <u>Motion for New Trial</u>

Come now, I, Renee Jackson, files this motion for New Trial herein and in support thereof, under TexR.CIV.P.329B, would show unto the court the reasons why I am entitled to a new trial for the following reasons.

To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause will show the following reasons why this motion should be granted in my favor. Whether a case is dismissed under rule 165a or the trial court's inherent power, the trial court must reinstate the case if it determines the failure of the party or his attorney "was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained. Tex. R. Civ. P. 165a(3), (4). Smith v. Babcock & Wilcox Const. Co., 913 S.W.2d 467, 468 (Tex.

May 7, 2022

**FILED**
Marilyn Burgess
District Clerk

MAY 09 2022
Time: _3:40pm_
By _Colins_
          Deputy
Harris County, Texas

1

## CAUSE NO. 2021-74149

RENEE JACKSON                    {
PLAINTIFF                        {            IN THE DISTRICT COURT
VS.                              {
Dr. BILLY PUCKETT                {            HARRIS COUNTY, TEXAS
BILLY PUCKETT, D.D.D. d/b/a      {
PEARLAND FAMILY DENTISTRY        {
GRISELDA AVILES                  {            61ST JUDICIAL DISTRICT
SYEDA SHAW, D.D.S                {
DEFENDANTS                       {

## Order to Reinstate Case Docket and Notice of Hearing

        To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause and
will show the following reasons why this motion should be granted in my
favor. Whether a case is dismissed under rule 165a or the trial court's
inherent power, the trial court must reinstate the case if it determines the
failure of the party or his attorney "was not intentional or the result of
conscious indifference but was due to an accident or mistake or that the
failure has been otherwise reasonably explained. Tex. R. Civ. P. 165a(3),
(4). Smith v. Babcock & Wilcox Constr. Co., 913 S.W.2d 467, 468 (Tex.
1995) (per curiam).[4] Proof of accident, mistake, or other reasonable
explanation negates the intent or conscious indifference for which
reinstatement can be denied. Id.

May 7, 2022

**F I L E D**
Marilyn Burgess
District Clerk

MAY 09 2022

Time: _3:40pm_

Harris County, Texas

By_____
Deputy

1

## CAUSE NO. 2021-74149 .

RENEE JACKSON               {
PLAINTIFF                   {
VS.                         {
Dr. BILLY PUCKETT           {
BILLY PUCKETT, D.D.D. d/b/a {
PEARLAND FAMILY DENTISTRY   {
GRISELDA AVILES             {
SYEDA SHAW, D.D.S           {
DEFENDANTS                  {

IN THE DISTRICT COURT

HARRIS COUNTY, TEXAS

61ST JUDICIAL DISTRICT

## <u>Motion to Reinstate Case Docket and Notice of Hearing</u>

To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause and will show the following reasons why this motion should be granted in my favor. Whether a case is dismissed under rule 165a or the trial court's inherent power, the trial court must reinstate the case if it determines the failure of the party or his attorney "was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained. Tex. R. Civ. P. 165a(3), (4). Smith v. Babcock & Wilcox Constr. Co., 913 S.W.2d 467, 468 (Tex. 1995) (per curiam).[4] Proof of accident, mistake, or other reasonable explanation negates the intent or conscious indifference for which reinstatement can be denied. Id.

**FILED**
Marilyn Burgess
District Clerk

May 6, 2022

MAY 0 6 2022

Time:_____
Harris County, Texas

By_____
Deputy

Cause No: 2021-74149

Renee Jackson                    In the District Court
        Plaintiff            Harris County, Texas

    VS                       61st Judicial District

Dr. Billy Pucket
Billy Pucket, D.D.S. d/b/a
Pearland Family Dentistry
Syeda Shah, D.D.S.
Griselda Aviles


            Motion to Reinstate Case

To the Honorable Judge of Said Court:

    I, "Pro Se" litigant, Renee Jackson
request this honorable Court for a Motion
to Reinstate Case for the following
reasons:

    1. That the Defendants be denied
Motion to Dismiss with prejudice
because they want to prevent me
from recieving justice due to
damages and injuries inflicted

May 6, 2022

Cause NO. 2021-74149

Renee Jackson
   Plaintiff

US

Dr. Billy Pucket
Billy Pucket, D.D.S. d/b/a
Pearland Family Dentistry
Veda Shah, D.D.S,
Griselda Aviles

In the District Court
Harris County, Texas
61st Judicial District

**F I L E D**
Marilyn Burgess
District Clerk

MAY 0 6 2022

Time:_____
Harris County, Texas
By_____
Deputy

Order to Reinstate Case

To the Honorable Judge of Said Court:

I ask and beg for mercy relating to
my case against Dr. Billy Pucket, his place
of practice and his staff. As I explained
in court today, I am upset that laws,

1ˢ CCA

**F I L E D**
Marilyn Burgess
District Clerk

May 7, 2022

MAY 13 2022
Time: 3:48 pm Khiela Jackson
Harris County, Texas
By **Khiela Jackson**
Deputy

1

## CAUSE NO. 2021-74149

| | | |
|---|---|---|
| RENEE JACKSON | { | IN THE DISTRICT COURT |
| PLAINTIFF | { | |
| VS. | { | HARRIS COUNTY, TEXAS |
| Dr. BILLY PUCKETT | { | |
| BILLY PUCKETT, D.D.D. d/b/a | { | |
| PEARLAND FAMILY DENTISTRY | { | 61ˢᵀ JUDICIAL DISTRICT |
| GRISELDA AVILES | { | |
| SYEDA SHAW, D.D.S | { | |
| DEFENDANTS | { | |

## **NOTICE OF APPEAL**

Come now, I, Renee Jackson, files this NOTICE OF APPEAL herein and in support thereof, under TexR.CIV.P.329B and Texas Rule 26.1, would show unto the court the reasons why I am entitled to this appeal for the following reasons.

To the Honorable Judge in said 1ˢᵗ Court or 14ᵗʰ Court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause will show the following reasons why this notice should be granted in my favor. Whether a case is dismissed under rule 165a or the trial court's inherent power, the trial court must reinstate the case if it determines the failure of the party or his attorney "was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained. Tex. R. Civ. P. 165a(3), (4). Smith v. Babcock & Wilcox Constr. Co., 913 S.W.2d 467, 468 (Tex. 1995) (per

**F I L E D**
Marilyn Burgess
District Clerk

1

February 23, 2022

MAY 0 9 2022
Time: _3:40pm_
Harris County, Texas
By _T. Collins_
Deputy

## CAUSE NO. 2021-74149

RENEE JACKSON                     {
PLAINTIFF                         {         IN THE DISTRICT COURT
VS.                               {
Dr. BILLY PUCKET                  {         HARRIS COUNTY, TEXAS
BILLY PUCKET, D.D.D. d/b/a        {
PEARLAND FAMILY DENTISTRY         {
GRISELDA AVILES                   {         61ST JUDICIAL DISTRICT
SYEDA SHAW, D.D.S                 {
DEFENDANTS                        {

### NOTICE OF SUBMISSION

Mark
copher

Add
Still a form
of slavery

I submitted in this request at the Harris County District Clerk's office (See documents already on file) but was just recently told they were the wrong papers. Although I am representing myself in this case, it is a shame when people misinform you when you're trying to present yourself as a professional, so I am trying this again.

I am requesting date of trial to be considered on the court's submission document on March 21, 2022 at 11:00 A.M in the 61st court of civil law for MOTION TO DEFAULT FOR THE FOLLOWING REASONS.

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

26 NO. 9358

## MARILYN BURGESS DISTRICT CLERK

Case: 202174149-7          Trans ID: 215065151          Court: 061

Action : MOTION TO REINSTATE

Style      PLT: JACKSON, RENEE
           DEF: PUCKET, BILLY (DR)

| Fee | Description | Amount |
|-----|-------------|--------|
| 718 | CLERK BASIC FILING FEE | $15.00 |
| 719 | CLERK RECORDS MANAGEMENT PRESERVATION | $20.00 |
| 721 | STATE CONSOLIDATION ACTION FUND | $45.00 |

| | |
|---|---|
| Payment  Paupers Due | $80.00 |
| Amount Due : | $80.00 |
| Payment Amount: | $0.00 |
| Amount Applied: | $0.00 |
| Amount Due: | $80.00 |

Received          JACKSON, RENEE          S3002754
Of                P O BOX 607
                  PEARLAND, TX  77588
EIGHTY  AND 00/100 **************************Dollars

Payment Date:                    File Date: 11/11/2021
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: LAWSON, CHANDRA K
Validated: 10/24/2023     By :CLAUSELL, CYNTHIA

Comment:  EnvelopeNbr :PROSE-146577

Rebbcca
Susan Brown
Gov.
11th fguni

1 ~ 512 - 463 1312

Judicial
Com

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

49 NO. 20613

## MARILYN BURGESS DISTRICT CLERK

Action : OTHER CIVIL

Style    PLT: JACKSON, RENEE
        DEF: PUCKET, BILLY (DR)

Case: 202174149-7     Trans ID: 214166227     Court: 061

| Fee | Description | Amount |
|-----|-------------|--------|
| 100 | FILING NEW CASE | $50.00 |
| 118 | CERTIFIED MAIL SERVICE FEE | $225.00 |
| 121 | CITATION WITH 1 COPY | $8.00 |
| 125 | PRECEPT | $16.00 |
| 175 | DISTRICT COURT RECORDS ARCHIVE FEE | $10.00 |
| 176 | DIGITAL REC PRESERVATION FEE | $10.00 |
| 178 | ELECTRONIC FILING FEE - STATE | $30.00 |
| 183 | JUDICIAL AND COURT PERSONNEL TRAINING | $5.00 |
| 195 | SECURITY SERVICE FEE | $5.00 |
| 198 | DIST CLK RECORDS MGMT / PRES FEE | $5.00 |
| 199 | RECORD PRESERVATION FEE | $5.00 |
| 379 | SERVICE BY MAIL (DCO) | $45.00 |
| 450 | JUDICIAL FILING FEE - CIVIL | $50.00 |
| 452 | LEGAL SRVCS FEE-CIVIL/DIST | $10.00 |
| 453 | SUPPORT OF JUDICIARY FEE | $42.00 |
| 475 | LAW LIBRARY | $35.00 |
| 525 | STENO FEE | $15.00 |
| 601 | DISPUTE RESOLUTION FEE | $10.00 |
| 775 | APPELLANT JUDICIAL FUND | $5.00 |

Payment   Paupers Due                $581.00
Amount Due :                      $581.00

Payment Amount:             $0.00
Amount Applied:              $0.00
Amount Due:                 $581.00

Received        JACKSON, RENEE         S2927325
Of             PO BOX 607
                PEARLAND, TX  77588
FIVE HUNDRED EIGHTY ONE  AND 00/100
****************************Dollars
Payment Date:              File Date: 11/11/2021
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: COLLINS, IRIS T
Validated: 11/16/2021     By :CHILDS, KEVIN L

Comment: EnvelopeNbr :PROSE-74009

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

39 NO. 16540

## MARILYN BURGESS DISTRICT CLERK

Case: 202275622-7          Trans ID: 215135937          Court: 234

Action : ADDITIONAL SERVICE

Style   PLT: JACKSON, RENEE
        DEF: SANTEE, ROSCHELL (DR)

| Fee | Description | Amount |
|-----|-------------|--------|
| 502 | JURY FEE (Rule 216 (2) T.R.C.) | $10.00 |

| | | |
|---|---|---|
| Payment  Paupers Due | | $10.00 |
| Amount Due : | | $10.00 |
| Payment Amount: | | $0.00 |
| Amount Applied: | | $0.00 |
| Amount Due: | | $10.00 |
| Received | JA | S3034425 |
| Of | P O BOX 607 | |
| | PEARLAND, TX  77588 | |

TEN  AND 00/100 **************************Dollars

Payment Date:                              File Date: 11/17/2022
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: MCCARTY, TALITHA R
Validated: 12/7/2023      By :CHAMBERS, WANDA R

Comment:

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

49 NO. 20613

**MARILYN BURGESS DISTRICT CLERK**

Action : OTHER CIVIL

Style   PLT: JACKSON, RENEE
        DEF: PUCKET, BILLY (DR)

Case: 2021741149-7        Trans ID: 214166227        Court: 061

| Fee | Description | Amount |
|---|---|---|
| 100 | FILING NEW CASE | $50.00 |
| 118 | CERTIFIED MAIL SERVICE FEE | $225.00 |
| 121 | CITATION WITH 1 COPY | $8.00 |
| 125 | PRECEPT | $16.00 |
| 175 | DISTRICT COURT RECORDS ARCHIVE FEE | $10.00 |
| 176 | DIGITAL REC PRESERVATION FEE | $10.00 |
| 178 | ELECTRONIC FILING FEE - STATE | $30.00 |
| 183 | JUDICIAL AND COURT PERSONNEL TRAINING | $5.00 |
| 195 | SECURITY SERVICE FEE | $5.00 |
| 198 | DIST CLK RECORDS MGMT / PRES FEE | $5.00 |
| 199 | RECORD PRESERVATION FEE | $5.00 |
| 379 | SERVICE BY MAIL (DCO) | $45.00 |
| 450 | JUDICIAL FILING FEE - CIVIL | $50.00 |
| 452 | LEGAL SRVCS FEE-CIVIL/DIST | $10.00 |
| 453 | SUPPORT OF JUDICIARY FEE | $42.00 |
| 475 | LAW LIBRARY | $35.00 |
| 525 | STENO FEE | $15.00 |
| 601 | DISPUTE RESOLUTION FEE | $10.00 |
| 775 | APPELLANT JUDICIAL FUND | $5.00 |

Payment  Paupers Due                              $581.00
Amount Due :                                      $581.00
Payment Amount:                                   $0.00
Amount Applied:                                   $0.00
Amount Due:                                       $581.00

Received        JACKSON, RENEE              S2927325
Of              PO BOX 607
                PEARLAND, TX  77588
FIVE HUNDRED EIGHTY ONE  AND 00/100
*****************************Dollars
Payment Date:                              File Date: 11/11/2021
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: COLLINS, IRIS T
Validated: 11/16/2021     By :CHILDS, KEVIN L

Comment:  EnvelopeNbr :PROSE-74009

Case #
01-22-00369-CV (court of appeals)

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

23 NO. 30604

## MARILYN BURGESS DISTRICT CLERK

Action : FILING MOTION NEW TRIAL

Case: 202174149-7          Trans ID: 214376236          Court: 061

Style     PLT: JACKSON, RENEE
          DEF: PUCKET, BILLY (DR)

| Fee | Description | Amount |
|-----|-------------|--------|
| 142 | SUBPOENA | $8.00 |
| 718 | CLERK BASIC FILING FEE | $15.00 |
| 719 | CLERK RECORDS MANAGEMENT PRESERVATION | $20.00 |
| 721 | STATE CONSOLIDATION ACTION FEE | $45.00 |

| | |
|---|---|
| Payment  Paupers Due | $88.00 |
| Amount Due : | $88.00 |
| Payment Amount: | $0.00 |
| Amount Applied: | $0.00 |
| Amount Due: | $88.00 |

Received          JACKSON. RENEE          S2927325
Of                PO BOX 607
                  PEARLAND, TX  77588
EIGHTY EIGHT  AND 00/100 ************************Dollars

Payment Date:                              File Date: 11/11/2021
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: COLLINS, IRIS T
Validated: 5/10/2022          By :COLLINS, IRIS T

Comment:

*(new) 5-16-2022 Case # Court of appeals #*
*01-22-00 369-CV*

*old # 2021-74149 Trial Court Case #*

Pay for Constable ONLY
Paid for Subpoena

Case# 2021-74149 *form letter*

From: Jackson, Khiela (DCO) (khiela.jackson@hcdistrictclerk.com)

To: rjgarner530@yahoo.com

Date: Monday, May 16, 2022, 11:47 AM CDT

Greetings,


Your notice of appeal has been assigned to the First Court of Civil Appeals.


If you have already filed a "Designation of Items to Be Included in the Clerk's Record", please disregard that portion of the attached letter.



Appreciatively,



 **Khiela Jackson**

**Team Lead, Civil and Family Post-Trial**

MARILYN BURGESS, Harris County District Clerk

201 Caroline, Suite 250 | Houston, TX 77002

(832) 927-5753 | DEPT. (832) 927-5740




 2174149 AP10-Request for Designation.pdf
570.3kB

 image001.png
13.4kB

FILE COPY



SHERRY RADACK
CHIEF JUSTICE

PETER KELLY
GORDON GOODMAN
SARAH BETH LANDAU
RICHARD HIGHTOWER
JULIE COUNTISS
VERONICA RIVAS-MOLLOY
AMPARO GUERRA
APRIL L. FARRIS
JUSTICES

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700

www.txcourts.gov/1stcoa.aspx

# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

Tuesday, August 30, 2022

Robert Carpenter Jr.
Sprott Newsom Quattlebaum Messenger
2211 Norfolk St Ste 1150
Houston, TX 77098-4056
* DELIVERED VIA E-MAIL *

Renee Jackson
P. O. Box 607
Pearland, TX 77588
* DELIVERED VIA E-MAIL *

Diana Navarro
Sprott, Newsom, Quattlebaum, Messenger
PC
2211 Norfolk St Ste 1150
Houston, TX 77098-4056
* DELIVERED VIA E-MAIL *

**RE:**  **Court of Appeals Number:** 01-22-00369-CV
**Trial Court Case Number:** 2021-74149

**Style:** Renee Jackson v. Dr. Billy Puckett, Billy Puckett, D.D.D.d/b/a Pearland Family Dentistry
Griselda Aviles, Syeda Shaw, D.D.S.

On Tuesday, August 30, 2022 the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record. TEX. R. APP. P. 34.5(c). **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** TEX. R. APP. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with TEX. R. APP. P. 9.

Sincerely,

Christopher A. Prine, Clerk

cc:   The Honorable Harris County District Clerk's Office - Civil (DELIVERED VIA E-MAIL)

Renee Jackson  Vs. Dr. Billy Packet
**2021 74149** /161st   Pearland Family Denistry

November 9, 2021

Texas Senate Bills, Codes and laws prevents us from
getting justice and only protects doctors, lawyers,
state and government offices and officials. This
reminds me of the Black Codes and the Jim Crow laws.
This is Not about unfairness toward black people, not
about voting rights and not about redistricting. This
is about getting justice when the state and government
refuses to provide it.

. I would like to have permission to file suit against a
dentist who injured me last year!

To the Honorable Judge in charge:

Hello, My name is Renee Jackson. I am a 57 year old
black woman. I am a survivor of an abusive marriage of
sixteen years and my book Shirley relating to this
crime is listed on Amazon along with four other books
I've written. Due to COVID19 my books I am not able to
promote my books as I would love to but I still make
the effort to bring in extra income. I have been taking
care of my disabled sister since January 2008 and due
to circumstances we could not control, I have two of my
daughters and a grandson residing with me.

I have been trying for years to get justice for my
mother relating to a lawyer who stole my settlement and
nothing has been done not even a full investigation. I

# Motion to default

Case # 2021-74149
Court: 61st

**FILED**
Marilyn Burgess
District Clerk

DEC 15 2021

Time: 12:50PM
Harris County, Texas
By I. COLLINS
Deputy

12-15-2021

FILED
Marilyn Burgess
District Clerk

DEC 15 2021

Time: 12:50pm

By: F. Cruz

Harris County, Texas

Order

Motion to default

61st Court ; Case # 2021- 74149

To the Honorable Judge:

Please grant my above request due
to the fact that the Defendents'
submitted in a response past
the 10Am deadline Monday 12-13-2021
in time frame of 5:01pm. Please
view attached sheets as I feel this
is Very unfair to me even if response
was sent on that day listed. Court
documents states response should be
submitted by 10Am on a Monday morns
and not 5:01pm. I am a citizen of

(B)

**License Expiration Date**         04/30/2021

| | |
|---|---|
| Last Name | PUCKETT |
| Former Last Name | PUCKETT |
| First Name | BILLY |
| Middle Name | |
| Gender | Male |
| City | FRIENDSWOOD |
| State | TX |
| Zip Code | 77546 |
| County | GALVESTON |

about:blank

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: **2021 74149**
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: *Renee Jackson*
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: *Dr. Billy Pucket*
*(Print first and last name of the person being sued.)*

In the (check one):

Court Number *161st* ☑ District Court
☐ County Court / County Court at Law
☐ Justice Court

*Harris* County _____ Texas

**FILED**
Marilyn Burgess
District Clerk

NOV 11 2021
*2:00PM*
Harris County, Texas
By *I. Collins*
Deputy

*Iris Collins*

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: *Renee            Jackson*    My date of birth is: *5/30/64*
First    Middle    Last    Month/Day/Year

My address is: (Home) *P.O. Box 607*
(Mailing) *Pearland, Texas        77588*

My phone number: *832-845-3871* My email: *Rjgarner 530@yahoo.com*

About my **dependents:** "The people who depend on me financially are listed below.

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | *Van Jackson* | *55* | *sister* |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☑ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. - or -

☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*
☑ Food stamps/SNAP    ☐ TANF    ☐ Medicaid    ☐ CHIP    ☐ SSI    ☐ WIC    ☐ AABD
☑ Public Housing or Section 8 Housing    ☐ Low-Income Energy Assistance    ☐ Emergency Assistance
☐ Telephone Lifeline    ☐ Community Care via DADS    ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension    ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

---

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*                        Page 1 of 2

Yahoo Mail - Pucket proof 4

# TEXAS STAT
# DENTAL EX



## TSBDE Dentist: PUCKETT, BILLY # 24677

Return to all search options > New Search

| | |
|---|---|
| License Number | 24677 |
| License Rank | Licensed Dentist |
| License Status | Active |
| License Issue Date | 06/03/2009 |
| License Expiration Date | 04/30/2021 |

about:blank

9 (B)



Date                                    06/16/2009

Anesthesia Label                        No Permit
Permit Issue Date

Installation Level                      No Permit

                                        No Permit

                                        No Permit

(B) S

| Year Graduated | 2009 |
| Dental School | UT Houston |
| Year of Birth | 1982 |

## Public Actions

Disciplinary Action      No

Disciplinary Action
PDFs

Remedial Plans      No

Remedial Plan PDFs

CERTIFICATION OF INFORMATION: The Texas State Board of Dental Exam
functions of this website performs daily updates to the website and co

## Codes for Type of Practice

DPH=Dental Public Health
END=Endodontics
GEN=General Dentistry
OMP=Oral&Maxillofacial Pathology

about:blank

F I L E D
Marilyn Burgess
District Clerk

OCT 1 9 2023

Time:_____
Harris County, Texas
By_____
Deputy

October 18, 2023

RENEE JACKSON/PLAINTIFF          IN THE DISTRICT COURT

VS                               HARRIS COUNTY, TEXAS

DR. BILLY PUCKETT                127TH JUDICIAL DISTRICT
BILLY PUCN, KETT, D.D.S. d/b/a
PEARLAND FAMILY DENTISTRY
DEFENDANTS

## CAUSE NUMBER: 202329961

## ORDER FOR DEFENDANT'S AMENDED NOTICE OF SUBMISSION FOR SUMMARY JUDGEMENT (PREVIOUSLY-FILED) BE DENIED

**TO:** DEFENDANT, DR.BILLY PUCKETT, 11508 PEARLAND PARKWAY SUITE 600, HOUSTON, TEXAS 77089

NOW COMES, PLAINTIFF, RENEE JACKSON IN THE ABOVE-ENTITLED AND NUMBERED CAUSE, FILES THE FOLLOWING RESPONSE FOR DEFENDANTS NOTICE OF SUBMISSION AND AMENDED NOTICE OF SUMMARY JUDGEMENT SCHEDULED FOR NOVEMEBER 13, 2023 AT 8:00AM.

To the Honorable Judge in said court:

Plaintiff/Pro'Se Litigant Renee Jackson requests that the defendants' Amended Summary Judgement and all other motions, orders, petitions, and submissions by the defendants be denied due to the unfairness and



**MARILYN BURGESS**

**District Clerk**
**Houston, Texas 77002**

JACKSON, RENEE
    PO BOX 607
PEARLAND, TX 77588


CASE 202275622 CRT 234 BE ADVISED ON 09/11/2023 THE FOLLOWING ACTIVITY OCCURED.

JACKSON, RENEE  VS.  SANTEE, ROSCHELL (DR)

ORDER SIGNED DENYING RECUSAL OF JUDGE


CASE 202275622 CRT 234 BE ADVISED ON 11/16/2023 THE FOLLOWING ACTIVITY OCCURED.

JACKSON, RENEE  VS.  SANTEE, ROSCHELL (DR)

ORDER SIGNED DENYING RECUSAL OF JUDGE



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com

**FILED**
Marilyn Burgess
District Clerk

NOV 11 2021

Time: _7:00PM_

By: _D. Collins_
Harris County, Texas

Iris Collins

Request for Issuance of Service

**CASE NUMBER:** 2021 74149    **CURRENT COURT:** _101st_

**Name(s) of Documents to be served:**

**FILE DATE:** _11-11-2021_ Month/Day/Year

**SERVICE TO BE ISSUED ON** (Please List Exactly As The Name Appears In The Pleading To Be Served):

**Issue Service to:** _Dr. Billy Puckett_

**Address of Service:** _8498 S Sam Houston Parkway East #1000_

**City, State & Zip:** _Houston, Texas   77075_

**Agent (if applicable)** _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [✓] **Citation**
- [ ] **Citation by Posting**
- [ ] **Citation by Publication** Newspaper_____
- [ ] **Citations Rule 106 Service**
- [ ] **Citation Scire Facias**
- [ ] **Temporary Restraining Order**
- [ ] **Precept**
- [ ] **Notice**
- [ ] **Protective Order**
- [ ] **Secretary of State Citation ($12.00)**
- [ ] **Capias (not an E-Issuance)**
- [ ] **Attachment**
- [ ] **Certiorari**
- [ ] **Highway Commission ($12.00)**
- [ ] **Commissioner of Insurance ($12.00)**
- [ ] **Hague Convention ($16.00)**
- [ ] **Garnishment**
- [ ] **Habeas Corpus**
- [ ] **Injunction**
- [ ] **Sequestration**
- [ ] **Subpoena**
- [ ] **Other (Please Describe)** _____

**(See additional Forms for Post Judgment Service)**

**SERVICE BY** (check one):
- [ ] **ATTORNEY PICK-UP (phone)** _____
- [ ] **E-Issuance by District Clerk**
- [ ] **MAIL to attorney   at:** _____   **(No Service Copy Fees Charged)**
- [ ] **CONSTABLE**
- [✓] **CERTIFIED MAIL by District Clerk**

*Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] **CIVIL PROCESS SERVER** - Authorized Person to Pick-up: _____   Phone: _____

- [ ] **OTHER,** *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: _Renee Jackson_ Bar # or ID _____

Mailing Address: _P.O. Box 607_   ~~Hou~~ _Pearland, Texas 77588_

Phone Number: _832-845-3871_





CRT - 061 CASE - 202174149
JACKSON, RENEE
VS
PUCKET, BILLY (DR)
BE ADVISED ON 03/23/2022 THE FOLLOWING ACTIVITY OCCURRED:
ORDER SIGNED DENYING DEFAULT JUDGMENT

* Return Service Requested

PRESORT
FIRST CLASS
U.S. POSTAGE
PAID
QIM

JACKSON, RENEE
PO BOX 607
PEARLAND, TX 77588

MARILYN BURGESS
DISTRICT CLERK, HARRIS COUNTY

# Eleventh Administrative Judicial Region of Texas

## Susan Brown

### Presiding Judge
*Rebecca Brite, Executive Assistant*

April 1, 2022

Renee Jackson
VIA EMAIL
Rjgaener5301@yahoo.com

Robert Carpenter
VIA EMAIL
rcarpenter@sprottnewsom.com

61st District Court
VIA EMAIL

---

Attached please find Order Denying Motion that was signed April 1, 2022 in Cause No. 2021-74149 ; Jackson, Renee vs Pucket, Billy (Dr.); 61st District Court, Harris County, Texas.

cc:  Clerk

Re: TSBDE Preliminary Investigation - Complaint No. 2021-01164

From:   Renee Garner (rjgarner530@yahoo.com)

To:    fbailey@tsbde.texas.gov

Date:   Monday, August 30, 2021, 01:32 PM CDT

# Case # 2021-01164

Also, take a look at my current picture a year later; my gums are still deformed and uneven which affects the shape of my mouth smiling or not.

On Monday, August 30, 2021, 01:29:50 PM CDT, Renee Garner <rjgarner530@yahoo.com> wrote:

# Case # 2021-01164

More pictures

The fifth picture is a diagnosis of my lip from an emergency room the day after the injury.

On Monday, August 30, 2021, 01:25:53 PM CDT, Renee Garner <rjgarner530@yahoo.com> wrote:

As requested, these are just a few photographs I'm submitting and will send the rest in just a few. A quick note, I did see and pay another doctor to view my mouth the day after injury with Billy Pucket. I will send a portion of the results calling my mouth diseases of the lips. Also, again, Billy Pucket was not and still is Not permitted to administer anesthesia before, during and after my injury even with his new license renewal.

On Monday, August 30, 2021, 11:41:51 AM CDT, Faye Bailey <fbailey@tsbde.texas.gov> wrote:

Ms. Jackson:

Exhibit 16 B

# NEW PATIENT RESEARCH FORM

**INCOMING CALL:** *SMILE & ASK!*

"Thank you for calling _____ . This is
_____ . How may I help you?"
"Thanks again for calling. My name is _Gabm_ and
yours is _Renee_ ? Ok great _____ , what is the
best number to reach if we get disconnected _8 872 1801_
"How did you hear about us?" _____

"May I ask you a couple of questions?" yes or no (circle)
"How long has it been since you last saw your dentist?" _____
**Long time:** Are you having any problems? _____
     What has kept you away from the dentist? _____
     Are you: (in pain) (swollen) (on pain meds) (up all night)
**Short time:** It sounds like your health is a high priority to you!!

Notes: _____
"In order to make sure you have a great experience in our office, I
would like to ask you for some information regarding your dental
insurance benefits. Is that alright?"
INS Co _None_
SSN _____
Emp _____
DOB _3/3/04_
Address _____
Email _rjgarner 520 @ yahoo.com_
"We'll go ahead and schedule you with the Doctor who will do an
exam and then tell you what we'll need to do to take care of you."
If **urgent**: "How soon can you be here?" _____
Or "Would morning or afternoon be better for you?"**(Circle one)**
**Appt Day Date:** _6/3/20_ **Time:** _2:10pm_
Do you have any other family members that are due for a dental
appointment? Yes or no
     Name _____ DOB _____
     Name _____ DOB _____
     Name _____ DOB _____
What can we do that will make this appointment go well for you? _____

Is there anything that has happened in other dental offices that we
need to be sensitive to? _____

Are there any concerns that you would like to share with me so that
will help us make sure that your visit goes well? _____
_Crown Bellard antenor tooth_
**Close:** "OK _____ , we'll look forward to seeing you
on _____ . For your complete dental exam, you
will be seeing Dr. _Barron_ and your Hyg. _____ . They
will take the necessary films, along with checking for decay and
gum disease. After this exam, we will share our findings with you
and together we can discuss your treatment options. I am looking
forward to meeting you on _____ —will you be here

Dr. Barron

---

## SUMMARY OF DISCUSSION

Patient Name _Renee Jackson_

Last Visit _____
How did you hear about our office? _Tracy Garner_

☐ Time ☐ Money ☐ Fear
☐ Toothache _____ Where? ☐ Off/On
☐ Constant ☐ Awake at night
How Long _____
☐ Swelling ☐ Broken Tooth
☐ Lost Filling ☐ Bleeding Gums
☐ Loose ☐ Pain on Bite
☐ Hot ☐ Cold ☐ Sweets ☐ Other
☐ Pain Med _____ ☐ Pre Med _____
☐ X-rays _____
Notes: _$60 $99_ _____
_____
_____
_____

APPT AM or PM _____

Patient Address _____

City _____

Phone ☐ Home _____

☐ Work _____

☐ Cell _8 872 1001_

Team Member's Name _Gabby_

Today's Date _6/2/20_

3/12/23, 12:29 PM                                                    Yahoo Mail - Pucket proof 2

12 (13)

| Last Name | PUCKETT |
|---|---|
| Former Last Name | PUCKETT |
| First Name | BILLY |
| Middle Name | |
| Gender | Male |
| City | FRIENDSWOOD |
| State | TX |
| | 77546 |
| | GALVESTON |

13 (13)

# TEXAS STATE BOARD
# DENTAL EXAMINE

## TSBDE Dentists Search

Return to all search options > New Search

| | |
|---|---|
| License Number | 24677 |
| License Status | Choose One (Optional) |
| First Name | Billy |
| Last Name | Pucket |
| City | HOUSTON |
| State | TEXAS |
| Zip Code | 77075 |
| County | HARRIS |
| Disciplinary Action | No |
| Type of Practice | General Dentistry |
| | Format: YYYY |

Type here to search

5/12/23, 12:29 PM

Yahoo Mail - Pucket proof 2

14 (15)

License Expiration   04/30/2021
Date

Last Name                    PUCKETT

Former Last Name             PUCKETT

First Name                   BILLY

Middle Name

Gender                       Male

City                         FRIENDSWOOD

State                        TX

                             77546

                             GALVESTON

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

39 NO. 16539

## MARILYN BURGESS DISTRICT CLERK

Action : JURY FEE

Case: 202329961-7          Trans ID: 215135919          Court: 127

Style   PLT: JACKSON, RENEE
        DEF: PUCKETT, BILLY (DR)

| Fee | Description | Amount |
|-----|-------------|--------|
| 502 | JURY FEE (Rule 216 (2) T.R.C.) | $10.00 |

| | | |
|---|---|---|
| Payment  Paupers Due | | $10.00 |
| Amount Due : | | $10.00 |
| Payment Amount: | | $0.00 |
| Amount Applied: | | $0.00 |
| Amount Due: | | $10.00 |

Received          JACKSON, RENEE          S3034422
Of                P O BOX 607
                  PEARLAND, TX  77588  .

TEN  AND 00/100 ************************Dollars

Payment Date:                    File Date: 5/15/2023
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: MCCARTY, TALITHA R
Validated: 12/7/2023      By :CHAMBERS, WANDA R

Comment:

September 22, 2023

FILED
Marilyn Burgess
District Clerk
OCT 19 2023
Time:_____
By_____
Harris County, Texas
Deputy

RENEE JACKSON
PLAINTIFF
VS.
Dr. BILLY PUCKETT
BILLY PUCKETT, D.D.D. d/b/a
PEARLAND FAMILY DENTISTRY
DEFENDANT

*Case : 2021 - 74149*

# **PETITION TO RE-OPEN CLOSED CASE**

To the Honorable Judge of said court:

Plaintiff Renee Jackson is asking the court to reconsider decision for previous case that was dismissed by default due to Chapter 74 by the judge presiding over the 61st court. Said judge was ordered by plaintiff to Recuse due to unfair decisions made by said judge against the plaintiff and in favor for the defendants on previous case 2021-74149 and said judge did not step down from case. On plaintiff's new case 2023-29961; again, plaintiff Renee Jackson submitted in a request to Recuse said judge again, due to 'Conflict of Interest' and plaintiff's proof she needed about the unfair treatment against her relating to her case was discovered in Defendants' Summary Judgement. Plaintiff 's Recuse against said judge when said judge recused herself from present case September 11, 2023. Because of the unfair treatment by said judge, Plaintiff is asking that case be re-opened and a trial be granted by a jury and not by another judge

for fear of 'Conflict of Interest' and her case would not be treated fair and just as required by law. Plaintiff prays for the mercy of the court due to this unjust and unfair act by the District Court's hiring of said judge.

Respectfully submitted,

*Renee Jackson*

Renee Jackson/Plaintiff/Pro'Se Litigant

Rjgarner530@yahoo.com

281-702-7240

P.O. Box 607

Pearland, Texas 77588

# CERTIFICATE OF SERVICE

A sworn copy has been sent by email to defendant's attorney listed below.

Rob Carpenter (rcarpenter@sprottnewsom.com)

Team Rob (teamrob@sprottnewsom.com)

Other Service Contacts not associated with a party on the case:

Cynthia Key (ckey@sprottnewsom.com)

FILED
Marilyn Burgess
District Clerk
OCT 19 2023
Harris County, Texas
Time: _____
By _____ Deputy

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

**AVISO: ESTE DOCUMENTO CONTIENE INFORMACIÓN CONFIDENCIAL**

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## Declaración de Incapacidad Para Pagar los Costos de la Corte o de una Fianza de Apelación

**Cause Number**
**Número de Caso**  ~~2021-74149~~

The Clerk's office will fill in the Cause Number when you file this form.

La oficina del Secretario del Tribunal anotará el Número de Caso cuando usted presente este formulario.

*Renee Jackson*

*Dr. Billy Puckett*
*Billy Puckett D.D.D.*
*Pearland Family d/b/a*
*Dentistry*

Copy information listed at the top left of the petition here.

Copie aquí la información que aparece en la parte superior izquierda de la petición.

Copy information listed at the top right of the petition here.

Copie aquí la información que aparece en la parte superior derecha de la petición.

**Court Number**
**Número del Tribunal**

*Harris*  ,Texas
**County**
**Condado**

- [✓] District Court
  Tribunal de Distrito
- [ ] County Court
  Tribunal del Condado
- [ ] County Court at Law
  Tribunal Estatutario
- [ ] Justice Court
  Juzgado de Paz
- [ ] Probate Court
  Juzgado Sucesorio

October 18, 2023

**RENEE JACKSON/PLAINTIFF**          **IN THE DISTRICT COURT**

**VS**                                ( **HARRIS COUNTY, TEXAS**

**DR. BILLY PUCKETT**                 **127TH JUDICIAL DISTRICT**
**BILLY PUCN, KETT, D.D.S. d/b/a**
**PEARLAND FAMILY DENTISTRY**
**DEFENDANTS**


## CAUSE NUMBER: 202329961


## ORDER FOR DEFENDANT'S AMENDED NOTICE OF SUBMISSION FOR SUMMARY JUDGEMENT (PREVIOUSLY-FILED) BE DENIED

**TO:** DEFENDANT, DR.BILLY PUCKETT, 11508 PEARLAND PARKWAY
SUITE 600, HOUSTON, TEXAS 77089


NOW COMES, PLAINTIFF, RENEE JACKSON IN THE ABOVE-ENTITLED
AND NUMBERED CAUSE, FILES THE FOLLOWING RESPONSE FOR
DEFENDANTS NOTICE OF SUBMISSION AND AMENDED NOTICE OF
SUMMARY JUDGEMENT SCHEDULED FOR NOVEMEBER 13, 2023 AT
8:00AM.


To the Honorable Judge in said court:

Plaintiff/Pro'Se Litigant Renee Jackson requests that the defendants'
Amended Summary Judgement and all other motions, orders, petitions,
and submissions by the defendants be denied due to the unfairness and



# MARILYN BURGESS
### District Clerk
### Houston, Texas 77002

JACKSON, RENEE
P O BOX 607
PEARLAND, TX 77588

CASE 202329961 CRT 127 BE ADVISED ON 09/12/2023 THE FOLLOWING ACTIVITY OCCURED.

JACKSON, RENEE  VS.  PUCKETT, BILLY (DR)

ORDER SIGNED RECUSING JUDGE

CASE 202329961 CRT 127 BE ADVISED ON 09/12/2023 THE FOLLOWING ACTIVITY OCCURED.

JACKSON, RENEE  VS.  PUCKETT, BILLY (DR)

ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED

July 24, 2023

**FILED**
Marilyn Burgess
District Clerk

AUG 1 5 2023

Time:_____
Harris County, Texas
By_____
Deputy

## CAUSE NO. 2023-29961

Renee Jackson                    In the Civil District Court

VS.

Dr. Billy Puckett D.D.S          61st Judicial Court

Pearland Family Dentistry        Harris County, Texas


## PETITION FOR RECUSE


## JUDGE Fredericka Harris-Phillips NOT FAIR Due to previous case # 2021-74149


To whom it may concern:

My name is Renee Jackson (CJC No. 22-1247) and I am using my last effort e) to prove that Judge Fredericka Harris-Phillips has treated my case unfairly since starting my case December 2021.

When I realized that Judge Fredericka Harris-Phillips of the 61st Court was dismissing All my motions and submissions but was approving All motions and submissions for the defendants; I submitted in a complaint to the State

(b) 7

| License Number | 24677 |
| License Rank | Licensed Dentist |
| License Status | Active |
| License Issue Date | 06/03/2009 |
| License Expiration Date | 04/30/2021 |
| | |
| Last Name | PUCKETT |
| Former Last Name | PUCKETT |
| First Name | BILLY |
| Middle Name | |
| Gender | Male |
| City | FRIENDSWOOD |
| State | TX |
| Zip Code | 77546 |
| County | GALVESTON |

no perm
for ane

about:blank



Yahoo Mail - Pucket proof 2

HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MOR   Upgrade Now

FEDERAL-COURT-EVID... ✕   Search in federal-co   Advanced ⌄                                        Home

← Back  ↩  ↞  →   🗄 Archive   ▢ Move   🗑 Delete   ⚠ Spam   •••   

☌ **Your fax to the office of court management**                    Yahoo/FEDERA...   ☆
11

**Gaffney, Eileen (DCA)**                          Fri, Sep 8, 2023 at 4:48 PM   ☆
From: eileen_gaffney@justex.net
To: Rjgarner530@yahoo.com
Cc: Gonzalez, Ana (CCL)

Dear Ms. Jackson,

Earlier this afternoon a fax you had sent to the Office of Court Management was
sent to my attention.  Please know that you had directed your fax to the court
management office for the county courts at law, but your fax references matters
heard in the district courts and in the court of appeals.

I have apprised the 61st Court and the 234th Court of your pending motions to
recuse.  I would expect some action will be taken on them next week.

The administrator for the district courts is Mr. Richard Woods.  His mailing
address is:

Richard Woods
Administrator – Office of District Courts
1201 Fannin Street, 7th Floor
Houston, Texas 77002

The website is: https://www.justex.net/office/admin

The clerk of the court for the First Court of Appeals is Deborah Young.  Her mailing
address is:

Deborah M. Young, Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

The website is:

TJB | 1st COA (txcourts.gov)

You are certainly free to write to the Office of Court Management if you desire,
but I did not see any open cases for you in county civil courts at law.

Sincerely,

Eileen M. Gaffney

Eileen Gaffney
Staff Attorney
Administrative Office
District Courts of Harris County
301 Fannin, Room 611
Houston, Texas 77002
voice   (832) 927-2727
fax     (832) 927-8973

**Confidentiality Notice**

Information in this document is confidential and / or privileged.  The
document is intended to be reviewed only by the individual or
organization named above.  If you are not the intended recipient or an
authorized representative of the intended recipient, any review,
dissemination and / or coping of this document, attachments, and / or
information in the document is prohibited.  If you have received this

**Gaffney, Eileen (DCA)** 🔍
eileen_gaffney@justex.net
+ Add to contacts





Now with WiFi
speeds up to a
gig on the go

Exclusively for Xfinity
Mobile customers




5X
Membership
Rewards® points
on flights & prepaid
hotels booked on
amextravel.com
Terms apply.

Compose

rjgarner530...   1.2K
reneejackson5...   716
DramaniProdu...   691
...

Inbox   1.2K
Unread
Starred
Drafts   252
Sent
Archive
Spam
Trash
∧ Less

Views   Show
Folders   Hide
+ New Folder
   Chase And Cred...   47
   2014 updates, ski...   5
                          3
   a few emails to ...   2
   Advanced Job   1
   AFC Events and ...   11

   all security comp...   8
   Amazon   36
   Amazon Links To Boo...
   Amazon Refund ...   7
   anything impor...   111
   APPLE PHONE N...   2
   Apple Repair   2
   ATT   29

   BETA ACADEMY   10
   Bible encouragements
   Blurb
   Book URL Lovers ...   1
                          9

512-463-5533

www.scjc.state.tx.us



## Dr. Pamela Davis
Deputy Court Administrator

Administrative Office of the District Courts
Harris County, Texas

1201 Franklin, 7th Floor
Houston, Texas 77002

Office: 832-927-6576
Cell: 832-523-0673
pamela_davis@justex.net

----- Forwarded Message -----
**From:** Gaffney, Eileen (DCA) <eileen_gaffney@justex.net>
**To:** Renee Garner <rjgarner530@yahoo.com>
**Cc:** Gonzalez, Ana (CCL) <Ana_Gonzalez@ccl.hctx.net>
**Sent:** Wednesday, September 13, 2023 at 10:58:06 AM CDT
**Subject:** RE: Your fax to the office of court management

Dear Ms. Jackson,

I know the orders declining and referring to Judge Susan Brown were signed. I will look for those copies and send them to you. The matter should be with the 11th Region. I will confirm that.

**From:** Renee Garner <rjgarner530@yahoo.com>
**Sent:** Wednesday, September 13, 2023 10:08 AM
**To:** Gaffney, Eileen (DCA) <Eileen_Gaffney@Justex.net>
**Subject:** Re: Your fax to the office of court management

Hi. I have not received a response yet for my recuse concerning Judge Fredericka Harris and the court date is September 18th; I don't want to attend court without getting a response first because this is unfair to me. Thank you for reminding them but received no response.

Renee Jackson

Sent from Yahoo Mail for iPhone

On Sunday, September 10, 2023, 10:02 AM, Renee Garner <rjgarner530@yahoo.com> wrote:

I apologize. I was given wrong information at justice department on Franklyn and not Fannin. Just noticed the addresses you sent.

Renee Jackson

<u>Sent from Yahoo Mail for iPhone</u>

On Friday, September 8, 2023, 11:51 PM, Renee Garner <<u>rjgarner530@yahoo.com</u>> wrote:

I went to the administrative office at 1201 Fannin today at almost 4pm because I thought the building was closed and was instructed to go to the 7th floor to administrative by the front desk downstairs. I was lost on the 7th floor seeing only Court entrance doors and a young lady came out one door close to elevators and questioned me. I explained my reasons for wanting to complain against two judges. After she asked the name of judges she let me walk in with her in the administrative office on the 7th floor at 1201 Fannin and told me I was at the wrong location and that the office didn't handle complaints against judges and for me to contact by phone at number 1-512-463-5533 or go to website at <u>http://www.scjc.state.tx.us.</u>

Again, as always, I'm detoured to somewhere else and misinformed when I was at the correct address and on the correct floor ( 7th floor at 1201 Fannin) as the lady at front desk downstairs directed me.

I didn't get the young lady's name but she was white and I commented that it had been a while since I saw anyone writing with their left hand.

I also retracted a card off the lady's counter near her desk with the name Dr. Pamela Davis ( Deputy Court administrator) Administrative Office of the District Courts; Harris County, Texas…

Proof listed below

So you see….this is what I go through. Why trust anyone at the District Court and the staff!!

Renee Jackson

Sent from Yahoo Mail for iPhone

On Friday, September 8, 2023, 5:48 PM, Renee Garner <rjgarner530@yahoo.com> wrote:

Thank you so much for responding. Since my first open petition I have been misdirected to wrong departments, wrong addresses, wrong phone numbers and so on. This is why I say the District court is corrupted and very unfair. I will pray the information you have provided will be more accurate and helpful towards my concerns. This is my second filing for Recuse against Judge Harris and again, I have not received a response but defendant's lawyer has already been approved for a court submission date on the 18th of this month but my motions are never responded to by anyone from the court only the attorney.

Thank you. I will keep fighting for justice and my rights with the right judge that defendants don't know.

Sent from Yahoo Mail for iPhone

On Friday, September 8, 2023, 4:48 PM. Gaffney, Eileen (DCA) <Eileen_Gaffney@Justex.net> wrote:

Dear Ms. Jackson,

Earlier this afternoon a fax you had sent to the Office of Court Management was sent to my attention.  Please know that you had directed your fax to the court management office for the county courts at law, but your fax references matters heard in the district courts and in the court of appeals.

**I have apprised the 61ˢᵗ Court and the 234ᵗʰ Court of your pending motions to recuse.  I would expect some action will be taken on them next week.**

The administrator for the district courts is Mr. Richard Woods.   His mailing address is:

Richard Woods

Administrator – Office of District Courts

1201 Fannin Street, 7ᵗʰ Floor

Houston, Texas 77002

The website is: https://www.justex.net/office/admin

The clerk of the court for the First Court of Appeals is Deborah Young.  Her mailing address is:

Deborah M. Young, Clerk of the Court

First Court of Appeals

301 Fannin Street

Houston, Texas 77002-2066

The website is:

TJB | 1st COA (txcourts.gov)

You are certainly free to write to the Office of Court Management if you desire, but I did not see any open cases for you in county civil courts at law.

Sincerely,

Eileen M. Gaffney



# Eleventh Administrative Judicial Region of Texas

## Susan Brown

### Presiding Judge
*Rebecca Brite, Executive Assistant*

November 27, 2023

Renee Jackson
VIA EMAIL

Dr. Roschell Santee and Dr. Robert Santee
VIA EMAIL

---

Attached please find Order Denying Motion that was signed November 22, 2023 in Cause No. 2022-75622 ; Renee Jackson vs Dr. Roschell Santee and Dr. Robert Santee; 234th District Court, Harris County, Texas.

cc:  Clerk

No. 2022-75622

| | | |
|---|---|---|
| RENEE JACKSON | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | HARRIS COUNTY, TEXAS |
| | § | |
| DR. ROSCHELL SANTEE | § | 234TH JUDICIAL DISTRICT |
| DR. ROBERT SANTEE | | |

### ORDER DENYING MOTION TO RECUSE

The Court considered the Motion to Recuse filed by **Renee Jackson** in the above captioned case. Pursuant to Rule 18a, the motion was referred to the undersigned Presiding Judge of the Eleventh Administrative Judicial Region of Texas by the Honorable **Lauren Reeder**, who declined to recuse voluntarily.

The court has reviewed the motion and has concluded that it does not state legally sufficient grounds for disqualification or recusal. Recusal is not appropriate when relief can be found in the appellate process.

The motion does not comply for the following reason(s) and therefore no hearing is necessary.

The Court finds that the motion complains mainly of the trial judge's rulings and actions in the case. A party's remedy for unfair rulings is to assign error regarding the adverse rulings. See *Grider v. Boston Co,,* 773 S.W.2d 338, 346 (Tex. App.-Dallas 1989, writ denied). The Rule unambiguously indicates that a motion to recuse "must not be based solely on the judge's rulings in the case." *See* TEX. R. CIV. P. 18a(a)(3).

Therefore:
The Court ORDERS the motion DENIED without hearing.

Date signed November 22, 2023

*J. Brown*

Judge Presiding

*Exhibit* *A* *(L-8)*

## NEW PATIENT RESEARCH FORM

**INCOMING CALL:** *SMILE & ASK!*

"Thank you for calling _____ . This is
_____ . How may I help you?"
"Thanks again for calling. My name is _Gabm_____ and
yours is _Renee_____ ? Ok great _____ , what is the
best number to reach if we get disconnected _8 872 1001_
"How did you hear about us?" _____

"May I ask you a couple of questions?" yes or no (circle)
"How long has it been since you last saw your dentist?" _____
**Long time:** Are you having any problems? _____
        What has kept you away from the dentist? _____
        Are you: (in pain)  (swollen)  (on pain meds)  (up all night)
**Short time:** It sounds like your health is a high priority to you!!

Notes: _____
"In order to make sure you have a great experience in our office, I
would like to ask you for some information regarding your dental
insurance benefits. Is that alright?"
**INS Co** _None_
**SSN** _____
**Emp** _____
**DOB** _3/3/64_
**Address** _____
**Email** _rjgarner 530 @ yahoo.com_
"We'll go ahead and schedule you with the Doctor who will do an
exam and then tell you what we'll need to do to take care of you."
If **urgent:** "How soon can you be here?"
Or "Would morning or afternoon be better for you?"**(Circle one)**
**Appt Day Date:** _6/3/20_ **Time:** _2:10 mn_
Do you have any other family members that are due for a dental
appointment? Yes or no
        Name _____ DOB _____
        Name _____ DOB _____
        Name _____ DOB _____
What can we do that will make this appointment go well for you?
_____
Is there anything that has happened in other dental offices that we
need to be sensitive to? _____

Are there any concerns that you would like to share with me so that
will help us make sure that your visit goes well? _____
_Crown Bellard/ anterior tooth_
**Close:** "OK _____ , we'll look forward to seeing you
on _____ . For your complete dental exam, you
will be seeing Dr. _Barron_ and your Hyg. _____ . They
will take the necessary films, along with checking for decay and
gum disease. After this exam, we will share our findings with you
and together we can discuss your treatment options. I am looking
forward to meeting you on _____ —will you be here

↑  _Dr. Barron_

---

### SUMMARY OF DISCUSSION

**Patient Name** _Renee Jackson_

**Last Visit** _____

**How did you hear about our office?** _Tracy Gurner_

☐ Time ☐ Money ☐ Fear
☐ Toothache ___ Where? ☐ Off/On
☐ Constant ☐ Awake at night
**How Long** _____
☐ Swelling ☐ Broken Tooth
☐ Lost Filling ☐ Bleeding Gums
☐ Loose ☐ Pain on Bite
☐ Hot ☐ Cold ☐ Sweets ☐ Other
☐ Pain Med _____ ☐ Pre Med _____
☐ X-rays _____
**Notes:** _~~$60~~ $99_
_____
_____
_____

**APPT AM or PM** _____

**Patient Address** _____

**City** _____

**Phone** ☐ Home _____

        ☐ Work _____

☑ Cell _8 872 1001_

**Team Member's Name** _Gabby_

_6/2/20_
**Today's Date**

Renee Jackson  Vs. Dr. Billy Packet
2021 74149 /161st  Pearland Family Denistry

November 9, 2021

Texas Senate Bills, Codes and laws prevents us from
getting justice and only protects doctors, lawyers,
state and government offices and officials. This
reminds me of the Black Codes and the Jim Crow laws
This is Not about unfairness toward black people, not
about voting rights and not about redistricting. This
is about getting justice when the state and government
refuses to provide it.


. I would like to have permission to file suit against a
        dentist who injured me last year!



        To the Honorable Judge in charge:


Hello, My name is Renee Jackson. I am a 57 year old
black woman. I am a survivor of an abusive marriage of
sixteen years and my book Shirley relating to this
crime is listed on Amazon along with four other books
I've written. Due to COVID19 my books I am not able to
promote my books as I would love to but I still make
the effort to bring in extra income. I have been taking
care of my disabled sister since January 2008 and due
to circumstances we could not control, I have two of my
daughters and a grandson residing with me.

I have been trying for years to get justice for my
mother relating to a lawyer who stole my settlement and
nothing has been done not even a full investigation. I

*3*

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

49 NO. 20613

## MARILYN BURGESS DISTRICT CLERK

Action : OTHER CIVIL

Style    PLT: JACKSON, RENEE
        DEF: PUCKET, BILLY (DR)

Case: 202174149-7     Trans ID: 214166227     Court: 061

| Fee | Description | Amount |
|-----|-------------|--------|
| .100 | FILING NEW CASE | $50.00 |
| 118 | CERTIFIED MAIL SERVICE FEE | $225.00 |
| 121 | CITATION WITH 1 COPY | $8.00 |
| 125 | PRECEPT | $16.00 |
| 175 | DISTRICT COURT RECORDS ARCHIVE FEE | $10.00 |
| 176 | DIGITAL REC PRESERVATION FEE | $10.00 |
| 178 | ELECTRONIC FILING FEE - STATE | $30.00 |
| 183 | JUDICIAL AND COURT PERSONNEL TRAINING | $5.00 |
| 195 | SECURITY SERVICE FEE | $5.00 |
| 198 | DIST CLK RECORDS MGMT / PRES FEE | $5.00 |
| 199 | RECORD PRESERVATION FEE | $5.00 |
| 379 | SERVICE BY MAIL (DCO) | $45.00 |
| 450 | JUDICIAL FILING FEE - CIVIL | $50.00 |
| 452 | LEGAL SRVCS FEE-CIVIL/DIST | $10.00 |
| 453 | SUPPORT OF JUDICIARY FEE | $42.00 |
| 475 | LAW LIBRARY | $35.00 |
| 525 | STENO FEE | $15.00 |
| 601 | DISPUTE RESOLUTION FEE | $10.00 |
| 775 | APPELLANT JUDICIAL FUND | $5.00 |

| | | |
|---|---|---|
| Payment  Paupers Due | | $581.00 |
| Amount Due : | | $581.00 |
| Payment Amount: | | $0.00 |
| Amount Applied: | | $0.00 |
| Amount Due: | | $581.00 |
| Received | JACKSON, RENEE | S2927325 |
| Of | PO BOX 607 | |
| | PEARLAND, TX  77588 | |

FIVE HUNDRED EIGHTY ONE  AND 00/100
******************************Dollars
Payment Date:                File Date: 11/11/2021
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: COLLINS, IRIS T
Validated: 11/16/2021     By :CHILDS, KEVIN L

Comment: EnvelopeNbr :PROSE-74009

County Auditor's Form/9999A      **Official Bill**

Harris County, Texas (Rev 04/01)            **26 NO. 9358**

# MARILYN BURGESS DISTRICT CLERK

Case: 202174149-7      Trans ID: 215065151      Court: 061

Action : MOTION TO REINSTATE

Style     PLT: JACKSON, RENEE

        DEF: PUCKET, BILLY (DR)

| Fee | Description | Amount |
|-----|-------------|--------|
| 718 | CLERK BASIC FILING FEE | $15.00 |
| 719 | CLERK RECORDS MANAGEMENT PRESERVATION | $20.00 |
| 721 | STATE CONSOLIDATION ACTION FUND | $45.00 |

| | |
|---|---|
| Payment  Paupers Due | $80.00 |
| Amount Due : | $80.00 |
| Payment Amount: | $0.00 |
| Amount Applied: | $0.00 |
| Amount Due: | $80.00 |

Received     JACKSON, RENEE      S3002754

Of         P O BOX 607

         PEARLAND, TX  77588

EIGHTY   AND 00/100 ***************************Dollars

Payment Date:               File Date: 11/11/2021

IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: LAWSON, CHANDRA K

Validated: 10/24/2023      By :CLAUSELL, CYNTHIA

Comment:  EnvelopeNbr :PROSE-146577

*Rebbeca*

*Susan Brown*

*Gov.*

*11th reginl*

*1 ~ 512 - 463 1312*

*Judicial*

*Com*



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800 | www.hcdistrictclerk.com



**FILED**
Marilyn Burgess
District Clerk

NOV 11 2021

Time: _1:00PM_
Harris County, Texas
By: _I. Collins_
Iris Collins

**Request for Issuance of Service**

CASE NUMBER: **2 0 2 1 - 7 4 1 4 9**     CURRENT COURT: _101st_

Name(s) of Documents to be served:

FILE DATE: _11-11-2021_ Month/Day/Year

SERVICE TO BE ISSUED ON (Please List Exactly As The Name Appears In The Pleading To Be Served):

Issue Service to: _Dr. Billy Puckett_

Address of Service: _8498 S Sam Houston Parkway East #1000_

City, State & Zip: _Houston, Texas 77075_

Agent (if applicable) _____

**TYPE OF SERVICE/PROCESS TO BE ISSUED:** (Check the proper Box)

- [✓] Citation
- [ ] Citation by Posting
- [ ] Citation by Publication Newspaper _____
- [ ] Citations Rule 106 Service
- [ ] Citation Scire Facias
- [ ] Temporary Restraining Order
- [ ] Precept
- [ ] Notice
- [ ] Protective Order
- [ ] Secretary of State Citation ($12.00)
- [ ] Capias (not an E-Issuance)
- [ ] Attachment
- [ ] Certiorari
- [ ] Highway Commission ($12.00)
- [ ] Commissioner of Insurance ($12.00)
- [ ] Hague Convention ($16.00)
- [ ] Garnishment
- [ ] Habeas Corpus
- [ ] Injunction
- [ ] Sequestration
- [ ] Subpoena
- [ ] Other (Please Describe) _____

(See additional Forms for Post Judgment Service)

**SERVICE BY** (*check one*):
- [ ] ATTORNEY PICK-UP (phone) _____
- [ ] MAIL to attorney   at: _____
- [ ] CONSTABLE
- [✓] CERTIFIED MAIL by District Clerk
- [ ] E-Issuance by District Clerk
  (No Service Copy Fees Charged)
  *Note*: The email registered with EfileTexas.gov must be used to retrieve the E-Issuance Service Documents. Visit www.hcdistrictclerk.com for more instructions.

- [ ] CIVIL PROCESS SERVER - Authorized Person to Pick-up: _____ Phone: _____

- [ ] OTHER, *explain* _____

**Issuance of Service Requested By:** Attorney/Party Name: _Renee Jackson_ Bar # or ID _____

Mailing Address: _P.O. Box 607_     _Pearland, Texas 77588_

Phone Number: _832-845-3871_

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: **2021 74149**

*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: *Renee Jackson*
*(Print first and last name of the person filing the lawsuit.)*

In the (check one):

☑ District Court
☐ County Court / County Court at Law
☐ Justice Court

And

Defendant: *Dr. Billy Pucket*
*(Print first and last name of the person being sued.)*

191st Court Number

*Harris* County

Texas

**FILED**
Marilyn Burgess
District Clerk

NOV 11 2021
2:00PM
By: I. Collins, Deputy
Harris County, Texas

Iris Collins

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: *Renee* *Jackson*
First / Middle / Last

My date of birth is: *5 / 30 / 64*
Month/Day/Year

My address is: (Home) *P.O. Box 607*
(Mailing) *Pearland, Texas 77588*

My phone number: *832-845-3871*   My email: *Rjgarner 530 @ yahoo.com*

About my dependents: "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1. *Van Jackson* | *55* | *sister* |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

-or-

☑ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. - or -

☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☑ Food stamps/SNAP
☑ Public Housing or Section 8 Housing
☐ Telephone Lifeline
☐ Needs-based VA Pension
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

☐ TANF
☐ Medicaid
☐ Community Care via DADS
☐ Child Care Assistance under Child Care and Development Block Grant

☐ CHIP
☐ Low-Income Energy Assistance

☐ SSI
☐ WIC
☐ AABD
☐ Emergency Assistance
☐ LIS in Medicare ("Extra Help")

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
Statement of Inability to Afford Payment of Court Costs

County Auditor's Form/9999A  **Official Bill**
Harris County, Texas (Rev 04/01)                                          23 NO. 30604

**MARILYN BURGESS DISTRICT CLERK**

Action : FILING MOTION NEW TRIAL          Case: 202174149-7      Trans ID: 214376236      Court: 061

Style          PLT: JACKSON, RENEE
               DEF: PUCKET, BILLY (DR)

| Fee | Description | Amount |
|-----|-------------|--------|
| 142 | SUBPOENA | $8.00 |
| 718 | CLERK BASIC FILING FEE | $15.00 |
| 719 | CLERK RECORDS MANAGEMENT PRESERVATION | $20.00 |
| 721 | STATE CONSOLIDATION ACTION FEE | $45.00 |

Payment  Paupers Due                                          $88.00
Amount Due :                                                  $88.00
Payment Amount:                                              $0.00
Amount Applied:                                              $0.00
Amount Due:                                                   $88.00
Received          JACKSON, RENEE                    S2927325
Of                PO BOX 607
                  PEARLAND, TX  77588
EIGHTY EIGHT  AND 00/100 ***************************Dollars

Payment Date:                              File Date: 11/11/2021
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: COLLINS, IRIS T
Validated: 5/10/2022      By :COLLINS, IRIS T

Comment:

*(handwritten)* new
Case # Court of appeals (# )
01-22-00 369- CV
5-16-2022

*(handwritten)* old # 2021-74149
Trial Court Case #

*(handwritten)* Pay for Constable ONLY
Paid for Subpoena

County Auditor's Form/9999A          **Official Bill**
Harris County, Texas (Rev 04/01)                                                 49 NO. 20613

## MARILYN BURGESS DISTRICT CLERK

Action : OTHER CIVIL            Case: 202174149-7      Trans ID: 214166227      Court: 061

Style     PLT: JACKSON, RENEE
        DEF: PUCKET, BILLY (DR)

| Fee | Description | Amount |
|-----|-------------|--------|
| 100 | FILING NEW CASE | $50.00 |
| 118 | CERTIFIED MAIL SERVICE FEE | $225.00 |
| 121 | CITATION WITH 1 COPY | $8.00 |
| 125 | PRECEPT | $16.00 |
| 175 | DISTRICT COURT RECORDS ARCHIVE FEE | $10.00 |
| 176 | DIGITAL REC PRESERVATION FEE | $10.00 |
| 178 | ELECTRONIC FILING FEE - STATE | $30.00 |
| 183 | JUDICIAL AND COURT PERSONNEL TRAINING | $5.00 |
| 195 | SECURITY SERVICE FEE | $5.00 |
| 198 | DIST CLK RECORDS MGMT / PRES FEE | $5.00 |
| 199 | RECORD PRESERVATION FEE | $5.00 |
| 379 | SERVICE BY MAIL (DCO) | $45.00 |
| 450 | JUDICIAL FILING FEE - CIVIL | $50.00 |
| 452 | LEGAL SRVCS FEE-CIVIL/DIST | $10.00 |
| 453 | SUPPORT OF JUDICIARY FEE | $42.00 |
| 475 | LAW LIBRARY | $35.00 |
| 525 | STENO FEE | $15.00 |
| 601 | DISPUTE RESOLUTION FEE | $10.00 |
| 775 | APPELLANT JUDICIAL FUND | $5.00 |

Payment  Paupers Due                      $581.00
Amount Due :                                  $581.00
Payment Amount:                           $0.00
Amount Applied:                         $0.00
Amount Due:                                  $581.00
Received       JACKSON, RENEE          S2927325
Of            PO BOX 607
               PEARLAND, TX  77588
FIVE HUNDRED EIGHTY ONE  AND 00/100
******************************Dollars
Payment Date:                      File Date: 11/11/2021
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: COLLINS, IRIS T
Validated: 11/16/2021     By :CHILDS, KEVIN L

Comment: EnvelopeNbr :PROSE-74009

Case #
01-22-00369-CV  (court of appeals)

12-15-2021                    Exhibit d (1-3)    FILED

Order

Motion to default

61st Court ; Case # 2021-74149

To the Honorable Judge:

Please grant my above request due
to the fact that the Defendents'
submitted in a response past
the 10 Am deadline Monday 12-13-2021
in time frame of 5:01 pm. Please
view attached sheets as I feel this
is Very unfair to me even if response
was sent on that day listed. Court
documents states response should be
submitted by 10 Am on a Monday morns
and not 5:01 pm. I am a citizen of

Motion to default

---

Case # 2021-74149
Court: 61st

**FILED**
**Marilyn Burgess**
**District Clerk**

DEC 1 5 2021

Time: 12:50PM
Harris County, Texas
By I. COLLAS
Deputy

2/17/22, 3:49 PM    Case 4:24-cv-02090   Yahoo Mail - Re: TSBDE Preliminary Investigation - Complaint No. 2021-01164   Document 1   Filed on 05/29/24 in TXSD   Page 96 of 155

3 / 1

Re: TSBDE Preliminary Investigation - Complaint No. 2021-01164

From: Renee Garner (rjgarner530@yahoo.com)

To: fbailey@tsbde.texas.gov

Date: Monday, August 30, 2021, 01:32 PM CDT

# Case # 2021-01164

Also, take a look at my current picture a year later; my gums are still deformed and uneven which affects the shape of my mouth smiling or not.

On Monday, August 30, 2021, 01:29:50 PM CDT, Renee Garner <rjgarner530@yahoo.com> wrote:

# Case # 2021-01164

More pictures

The fifth picture is a diagnosis of my lip from an emergency room the day after the injury.

On Monday, August 30, 2021, 01:25:53 PM CDT, Renee Garner <rjgarner530@yahoo.com> wrote:

As requested, these are just a few photographs I'm submitting and will send the rest in just a few. A quick note, I did see and pay another doctor to view my mouth the day after injury with Billy Pucket. I will send a portion of the results calling my mouth diseases of the lips. Also, again, Billy Pucket was not and still is Not permitted to administer anesthesia before, during and after my injury even with his new license renewal.

On Monday, August 30, 2021, 11:41:51 AM CDT, Faye Bailey <fbailey@tsbde.texas.gov> wrote:

Ms. Jackson:



Jeremy Carter / Houston Chronicle

A state commission has issued a public warning against a Harris County civil court judge who attended a celebratory luncheon paid for by attorneys of defendants in her court, to whom she awarded a $2 million judgment the following day.

Judge Fredericka Phillips, who was elected to the 61st Judicial District Court in 2016, violated state code when she attended the luncheon and failed to inform plaintiffs in the pending case, the State Commission on Judicial Conduct found on April 9.

Phillips did not respond to a request for comment. Judges typically do not answer questions about litigation because of state codes that prevent them.

SALE! Get an Entire 6 Months of Unlimited Digital Access for 99¢          ACT NOW

Exhibit A (1-15) Articles/Prints





CRT - 061   CASE - 202174149
JACKSON, RENEE
            VS
    PUCKET, BILLY (DR)
BE ADVISED ON 03/23/2022   THE
FOLLOWING ACTIVITY OCCURRED
ORDER SIGNED DENYING DEFAULT
JUDGMENT

Return Service Requested

PRESORT
FIRST CLASS
U.S. POSTAGE
PAID
OM

JACKSON, RENEE
PO BOX 607
PEARLAND, TX 77588

MARILYN BURGESS
DISTRICT CLERK, HARRIS COUNTY

| | |
|---|---|
| License Number | 24677 |
| License Rank | Licensed Dentist |
| License Status | Active |
| License Issue Date | 06/03/2009 |
| License Expiration Date | 04/30/2021 |
| | |
| Last Name | PUCKETT |
| Former Last Name | PUCKETT |
| First Name | BILLY |
| Middle Name | |
| Gender | Male |
| City | FRIENDSWOOD |
| State | TX |
| Zip Code | 77546 |
| County | GALVESTON |

about:blank





Date                                06/16/2009

Anesthesia Labs               No Permit

Anesthesia Levels             No Permit

Permit Prices                    No Permit

                                      No Permit

about:blank





| Last Name | PUCKETT |
| Former Last Name | PUCKETT |
| First Name | BILLY |
| Middle Name | |
| Gender | Male |
| City | FRIENDSWOOD |
| State | TX |
| Zip Code | 77546 |
| County | GALVESTON |

12 (18)

about:blank

13 (13)



# TEXAS STATE BOARD
# DENTAL EXAMINE

## TSBDE Dentists Search

Return to all search options > New Search

| | |
|---|---|
| License Number | 24677 |
| License Status | Choose One (Optional) |
| First Name | Billy |
| Last Name | Pucket |
| City | HOUSTON |
| & State | TEXAS |
| Zip Code | 77075 |
| County | HARRIS |
| Disciplinary Action | No |
| Type of Practice | General Dentistry |
| | Format YYY |

🔍 Type here to search

about:blank



4/11

| | |
|---|---|
| License Expiration Date | 04/30/2021 |
| Last Name | PUCKETT |
| Former Last Name | PUCKETT |
| First Name | BILLY |
| Middle Name | |
| Gender | Male |
| City | FRIENDSWOOD |
| State | TX |
| Zip Code | 77546 |
| County | GALVESTON |

8

| Year Graduated | 2009 |
| --- | --- |
| Dental School | UT Houston |
| Year of Birth | 1982 |

## Public Actions

| Disciplinary Action | No |
| --- | --- |
| Disciplinary Action PDFs | |
| Remedial Plans | No |
| Remedial Plan PDFs | |

CERTIFICATION OF INFORMATION: The Texas State Board of Dental Exam
functions of this website, performs daily updates to the website and

## Codes for Type of Practice

DPH=Dental Public Health
END=Endodontics
GEN=General Dentistry
OMP=Oral&Maxilofacial Pathology



# TEXAS STATE
# DENTAL EX

## TSBDE Dentist: PUCKETT, BILLY #24677

Return to all search options > New Search

| License Number | 24677 |
| License Rank | Licensed Dentist |
| License Status | Active |
| License Issue Date | 06/03/2009 |
| License Expiration Date | 04/30/2021 |

about:blank

(B) 4/2

| License Expiration Date | 04/30/2021 |
|---|---|
| Last Name | PUCKETT |
| Former Last Name | PUCKETT |
| First Name | BILLY |
| Middle Name | |
| Gender | Male |
| City | FRIENDSWOOD |
| State | TX |
| | 77546 |
| | GALVESTON |

about:blank



14



| | |
|---|---|
| ear Graduated | 2007 |
| Dental School | UT Houston |
| Year of Birth | 1982 |

**Public Actions**

| | |
|---|---|
| Disciplinary Action | No |
| Disciplinary Action PDFs | |
| Remedial Plans | No |
| Remedial Plan PDFs | |

CERTIFICATION OF INFORMATION: The Texas State
functions of this website, performs daily updates to

## Codes for Type of Practice

DPH=Dental Public Health
END=Endodontics
GEN=General Dentist
OMP=Oral Maxillofacial Pathology
OMR=Oral Maxillofacial Radiology
OMS=Oral Maxillofacial Surgery



Filing History

FILING HISTORY    FILING DRAFTS

No results found! Change your selections and press filter to get new results

512-463-5533

www.scjc.state.tx.us



**Dr. Pamela Davis**
Deputy Court Administrator

Administrative Office of the District Courts
Harris County, Texas

1201 Franklin, 7th Floor
Houston, Texas 77002

Office: 832-927-6576
Cell: 832-523-0673
pamela_davis@justex.net

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

**39 NO. 16539**

## MARILYN BURGESS DISTRICT CLERK

Case: 2023299961-7          Trans ID: 215135919          Court: 127

Action : JURY FEE

Style      PLT: JACKSON, RENEE
          DEF: PUCKETT, BILLY (DR)

| Fee | Description | Amount |
|-----|-------------|--------|
| 502 | JURY FEE (Rule 216 (2) T.R.C.) | $10.00 |

| | |
|---|---|
| Payment   Paupers Due | $10.00 |
| Amount Due : | $10.00 |
| Payment Amount: | $0.00 |
| Amount Applied: | $0.00 |
| Amount Due: | $10.00 |

Received          JACKSON, RENEE          S3034422
Of               P O BOX 607
                 PEARLAND, TX  77588
TEN  AND 00/100 ***************************Dollars

Payment Date:                               File Date: 5/15/2023
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: MCCARTY, TALITHA R
Validated: 12/7/2023          By :CHAMBERS, WANDA R

Comment:

July 24, 2023

**FILED**
Marilyn Burgess
District Clerk

AUG 1 5 2023

Time:_____
Harris County, Texas

By_____
Deputy

## CAUSE NO. 2023-29961

Renee Jackson                    In the Civil District Court

    VS.

Dr. Billy Puckett D.D.S          61st Judicial Court

Pearland Family Dentistry        Harris County, Texas


## PETITION FOR RECUSE


## JUDGE Fredericka Harris-Phillips NOT FAIR Due to previous case # 2021-74149


To whom it may concern:

    My name is Renee Jackson (CJC No. 22-1247) and I am using my last effort e) to prove that Judge Fredericka Harris-Phillips has treated my case unfairly since starting my case December 2021.

    When I realized that Judge Fredericka Harris-Phillips of the 61st Court was dismissing All my motions and submissions but was approving All motions and submissions for the defendants; I submitted in a complaint to the State



HOME    MAIL    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    SEARCH    SHOPPING    YAHOO PLUS    MOR    Upgrade Now

FEDERAL-COURT-EVID... ×    Search in federal-co    Advanced ∨    Home

Compose

← Back    ↩    ↩↩    ➡    🗄 Archive    ⇄ Move    🗑 Delete    💬 Spam    •••

**rjgarner530...** 1.2K
reneejackson5... 716
DramaniProdu... 691
...

Inbox  1.2K
Unread
Starred
Drafts  252
Sent
Archive
Spam
Trash
∧ Less

Views  Show
Folders  Hide
+ New Folder
  Chase And Cred... 47
  2014 updates, ski... 5
  _____ 3
  a few emails to ... 2
  Advanced Job  1
  AFC Events and ... 11
  _____ 
  all security comp... 8
  Amazon  36
  Amazon Links To Boo...
  Amazon Refund ...  7
  anything impor...  111
  APPLE PHONE N...
  Apple Repair  2
  ATT  29
  _____
  _____
  _____
  BETA ACADEMY  10
  Bible encouragements
  Blurb
  Book URL Lovers ...  1
  _____ 9

**Your fax to the office of court management**    Yahoo/FEDERA...  ☆
11

**Gaffney, Eileen (DCA)**    🖨    Fri, Sep 8, 2023 at 4:48 PM  ☆
From: eileen_gaffney@justex.net
To: Rjgarner530@yahoo.com
Cc: Gonzalez, Ana (CCL)

Dear Ms. Jackson,

Earlier this afternoon a fax you had sent to the Office of Court Management was
sent to my attention. Please know that you had directed your fax to the court
management office for the county courts at law, but your fax references matters
heard in the district courts and in the court of appeals.

I have apprised the 61st Court and the 234th Court of your pending motions to
recuse. I would expect some action will be taken on them next week.

The administrator for the district courts is Mr. Richard Woods. His mailing
address is:

Richard Woods
Administrator – Office of District Courts
1201 Fannin Street, 7th Floor
Houston, Texas 77002

The website is: https://www.justex.net/office/admin

The clerk of the court for the First Court of Appeals is Deborah Young. Her mailing
address is:

Deborah M. Young, Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

The website is:

TJB | 1st COA (txcourts.gov)

You are certainly free to write to the Office of Court Management if you desire,
but I did not see any open cases for you in county civil courts at law.

Sincerely,

Eileen M. Gaffney

Eileen Gaffney
Staff Attorney
Administrative Office
District Courts of Harris County
301 Fannin, Room 611
Houston, Texas 77002
voice  (832) 927-2727
fax    (832) 927-8973

**Confidentiality Notice**

Information in this document is confidential and / or privileged. The
document is intended to be reviewed only by the individual or
organization named above. If you are not the intended recipient or an
authorized representative of the intended recipient, any review,
dissemination and / or coping of this document, attachments, and / or
information in the document is prohibited. If you have received this


Now with WiFi
speeds up to a
gig on the go

Exclusively for Xfinity
Mobile customers


5X
Membership
Rewards® points
on flights & prepaid
hotels booked on
amextravel.com
Terms apply

*4*

----- Forwarded Message -----
**From:** Gaffney, Eileen (DCA) <eileen_gaffney@justex.net>
**To:** Renee Garner <rjgarner530@yahoo.com>
**Cc:** Gonzalez, Ana (CCL) <Ana_Gonzalez@ccl.hctx.net>
**Sent:** Wednesday, September 13, 2023 at 10:58:06 AM CDT
**Subject:** RE: Your fax to the office of court management

Dear Ms. Jackson,

I know the orders declining and referring to Judge Susan Brown were signed. I will look for those copies and send them to you. The matter should be with the 11th Region. I will confirm that.

**From:** Renee Garner <rjgarner530@yahoo.com>
**Sent:** Wednesday, September 13, 2023 10:08 AM
**To:** Gaffney, Eileen (DCA) <Eileen_Gaffney@Justex.net>
**Subject:** Re: Your fax to the office of court management

Hi. I have not received a response yet for my recuse concerning Judge Fredericka Harris and the court date is September 18th; I don't want to attend court without getting a response first because this is unfair to me. Thank you for reminding them but received no response.

Renee Jackson

Sent from Yahoo Mail for iPhone

On Sunday, September 10, 2023, 10:02 AM, Renee Garner <rjgarner530@yahoo.com> wrote:

I apologize. I was given wrong information at justice department on Franklyn and not Fannin. Just noticed the addresses you sent.

Renee Jackson

Sent from Yahoo Mail for iPhone

On Friday, September 8, 2023, 11:51 PM, Renee Garner <rjgarner530@yahoo.com> wrote:

I went to the administrative office at 1201 Fannin today at almost 4pm because I thought the building was closed and was instructed to go to the 7th floor to administrative by the front desk downstairs. I was lost on the 7th floor seeing only Court entrance doors and a young lady came out one door close to elevators and questioned me. I explained my reasons for wanting to complain against two judges. After she asked the name of judges she let me walk in with her in the administrative office on the 7th floor at 1201 Fannin and told me I was at the wrong location and that the office didn't handle complaints against judges and for me to contact by phone at number 1-512-463-5533 or go to website at http://www.scjc.state.tx.us.

Again, as always, I'm detoured to somewhere else and misinformed when I was at the correct address and on the correct floor ( 7th floor at 1201 Fannin) as the lady at front desk downstairs directed me.

I didn't get the young lady's name but she was white and I commented that it had been a while since I saw anyone writing with their left hand.

I also retracted a card off the lady's counter near her desk with the name Dr. Pamela Davis ( Deputy Court administrator) Administrative Office of the District Courts; Harris County, Texas...

Proof listed below

So you see....this is what I go through. Why trust anyone at the District Court and the staff!!

Renee Jackson

Sent from Yahoo Mail for iPhone

On Friday, September 8, 2023, 5:48 PM, Renee Garner <rjgarner530@yahoo.com> wrote:

Thank you so much for responding. Since my first open petition I have been misdirected to wrong departments, wrong addresses, wrong phone numbers and so on. This is why I say the District court is corrupted and very unfair. I will pray the information you have provided will be more accurate and helpful towards my concerns. This is my second filing for Recuse against Judge Harris and again, I have not received a response but defendant's lawyer has already been approved for a court submission date on the 18th of this month but my motions are never responded to by anyone from the court only the attorney.

Thank you. I will keep fighting for justice and my rights with the right judge that defendants don't know.

Sent from Yahoo Mail for iPhone

On Friday, September 8, 2023, 4:48 PM, Gaffney, Eileen (DCA) <Eileen_Gaffney@Justex.net> wrote:

Dear Ms. Jackson,

Earlier this afternoon a fax you had sent to the Office of Court Management was sent to my attention.  Please know that you had directed your fax to the court management office for the county courts at law, but your fax references matters heard in the district courts and in the court of appeals.

**I have apprised the 61st Court and the 234th Court of your pending motions to recuse.  I would expect some action will be taken on them next week.**

The administrator for the district courts is Mr. Richard Woods.   His mailing address is:

Richard Woods

Administrator -- Office of District Courts

1201 Fannin Street, 7th Floor

Houston, Texas 77002

The website is: https://www.justex.net/office/admin

The clerk of the court for the First Court of Appeals is Deborah Young.  Her mailing address is:

Deborah M. Young, Clerk of the Court

First Court of Appeals

301 Fannin Street

Houston, Texas 77002-2066

The website is:

TJB | 1st COA (txcourts.gov)

You are certainly free to write to the Office of Court Management if you desire, but I did not see any open cases for you in county civil courts at law.

Sincerely,

Eileen M. Gaffney

September 8, 2023

*Cause # 2023-29961*

| | | |
|---|---|---|
| RENEE JACKSON | { | IN THE DISTRICT COURT |
| PLAINTIFF | { | |
| VS. | { | 61ST COURT |
| Dr. BILLY PUCKETT | { | |
| BILLY PUCKETT, D.D.D. d/b/a | { | HARRIS COUNTY, TEXAS |
| PEARLAND FAMILY DENTISTRY | { | |
| | | |
| DEFENDANT | | |

**FILED**
Marilyn Burgess
District Clerk
SEP 08 2023
Harris County, Texas
Time: _____
By _____ Deputy

## <u>RESPONSE TO DEFENDANT'S SUBMISSION</u>

To the Honorable Judge in said court:

Plaintiff/Pro'Se Litigant, Renee Jackson, submits her response relating to Medical Negligence and in answer to the Defendant's lawyer due to the following reasons.

### **General Reason**

June 3rd of 2020, Plaintiff went to Pearland Family Dentistry for an appointment she originally had with a Dr. Barron. But Plaintiff never saw Dr. Baron because Dr. Billy Puckett took over her chart and decided to be her dentist. Anesthesia administered by Dr. Billy Puckett and a puncture to the lip caused Plaintiff's mouth to deform and her gums are horribly uneven. Dr. Billy Puckett used Plaintiff Renee Jackson as an experiment to practice medicine on a black woman.



# MARILYN BURGESS
## District Clerk
### Houston, Texas 77002

JACKSON, RENEE
P O BOX 607
PEARLAND, TX 77588

CASE 202329961 CRT 127 BE ADVISED ON 09/12/2023 THE FOLLOWING ACTIVITY OCCURED.

JACKSON, RENEE  VS.  PUCKETT, BILLY (DR)

ORDER SIGNED RECUSING JUDGE


CASE 202329961 CRT 127 BE ADVISED ON 09/12/2023 THE FOLLOWING ACTIVITY OCCURED.

JACKSON, RENEE  VS.  PUCKETT, BILLY (DR)

ORDER TRANSFERRING CASE TO ANOTHER DISTRICT COURT SIGNED

October 18, 2023

| | |
|---|---|
| **RENEE JACKSON/PLAINTIFF** | **IN THE DISTRICT COURT** |
| **VS** | **HARRIS COUNTY, TEXAS** |
| **DR. BILLY PUCKETT** | **127TH JUDICIAL DISTRICT** |
| **BILLY PUCN, KETT, D.D.S. d/b/a** | |
| **PEARLAND FAMILY DENTISTRY** | |
| **DEFENDANTS** | |

## CAUSE NUMBER: 202329961

## <u>ORDER FOR DEFENDANT'S AMENDED NOTICE OF SUBMISSION FOR SUMMARY JUDGEMENT (PREVIOUSLY-FILED) BE DENIED</u>

<u>**TO:**</u> DEFENDANT, DR.BILLY PUCKETT, 11508 PEARLAND PARKWAY SUITE 600, HOUSTON, TEXAS 77089

NOW COMES, PLAINTIFF, RENEE JACKSON IN THE ABOVE-ENTITLED AND NUMBERED CAUSE, FILES THE FOLLOWING RESPONSE FOR DEFENDANTS NOTICE OF SUBMISSION AND AMENDED NOTICE OF SUMMARY JUDGEMENT SCHEDULED FOR NOVEMEBER 13, 2023 AT 8:00AM.

To the Honorable Judge in said court:

Plaintiff/Pro'Se Litigant Renee Jackson requests that the defendants' Amended Summary Judgement and all other motions, orders, petitions, and submissions by the defendants be denied due to the unfairness and

NOTICE: **THIS DOCUMENT CONTAINS SENSITIVE DATA**
AVISO: **ESTE DOCUMENTO CONTIENE INFORMACIÓN CONFIDENCIAL**

**FILED**
Marilyn Burgess
District Clerk

OCT 19 2023

Time: _____
Harris County, Texas
By _____
Deputy

# Statement of Inability to Afford Payment
# of Court Costs or an Appeal Bond

## Declaración de Incapacidad Para Pagar los
## Costos de la Corte o de una Fianza de Apelación

**Cause Number**
**Número de Caso**                    *2021-74149*

The Clerk's office will fill in the Cause Number when you file this form.

La oficina del Secretario del Tribunal anotará el Número de Caso cuando usted presente este formulario.

*Renee Jackson*

Copy information listed at the top left of the petition here.

Copie aquí la información que aparece en la parte superior izquierda de la petición.

*Dr. Billy Puckett*
*Billy Puckett D.D.D.*
*Pearland Family d/b/a*
*Dentistry*

Copy information listed at the top right of the petition here.

Copie aquí la información que aparece en la parte superior derecha de la petición.

_____
**Court Number**
**Número del Tribunal**

*Harris*_____,Texas
**County**
**Condado**

☑ District Court
Tribunal de Distrito
☐ County Court
Tribunal del Condado
☐ County Court at Law
Tribunal Estatutario
☐ Justice Court
Juzgado de Paz
☐ Probate Court
Juzgado Sucesorio

September 22, 2023



FILED
Marilyn Burgess
District Clerk
OCT 19 2023
Time:_____
By_____
Harris County, Texas
Deputy

RENEE JACKSON
PLAINTIFF
VS.
Dr. BILLY PUCKETT
BILLY PUCKETT, D.D.D. d/b/a
PEARLAND FAMILY DENTISTRY
DEFENDANT

Case: 2021-74149

## PETITION TO RE-OPEN CLOSED CASE

To the Honorable Judge of said court:

Plaintiff Renee Jackson is asking the court to reconsider decision for previous case that was dismissed by default due to Chapter 74 by the judge presiding over the 61st court. Said judge was ordered by plaintiff to Recuse due to unfair decisions made by said judge against the plaintiff and in favor for the defendants on previous case 2021-74149 and said judge did not step down from case. On plaintiff's new case 2023-29961; again, plaintiff Renee Jackson submitted in a request to Recuse said judge again, due to 'Conflict of Interest' and plaintiff's proof she needed about the unfair treatment against her relating to her case was discovered in Defendants' Summary Judgement. Plaintiff 's Recuse against said judge when said judge recused herself from present case September 11, 2023. Because of the unfair treatment by said judge, Plaintiff is asking that case be re-opened and a trial be granted by a jury and not by another judge

for fear of 'Conflict of Interest' and her case would not be treated fair and just as required by law. Plaintiff prays for the mercy of the court due to this unjust and unfair act by the District Court's hiring of said judge.

Respectfully submitted,

Renee Jackson/Plaintiff/Pro'Se Litigant

Rjgarner530@yahoo.com

281-702-7240

P.O. Box 607

Pearland, Texas 77588

# CERTIFICATE OF SERVICE

A sworn copy has been sent by email to defendant's attorney listed below.

Rob Carpenter (rcarpenter@sprottnewsom.com)

Team Rob (teamrob@sprottnewsom.com)

Other Service Contacts not associated with a party on the case:

Cynthia Key (ckey@sprottnewsom.com)

*16*

F I L E D
Marilyn Burgess
District Clerk

OCT 19 2023

Time:_____
            Harris County, Texas
By_____
                Deputy

October 18, 2023

RENEE JACKSON/PLAINTIFF

VS

DR. BILLY PUCKETT
BILLY PUCN, KETT, D.D.S. d/b/a
PEARLAND FAMILY DENTISTRY
DEFENDANTS

IN THE DISTRICT COURT

HARRIS COUNTY, TEXAS

127TH JUDICIAL DISTRICT

## CAUSE NUMBER: 202329961

## ORDER FOR DEFENDANT'S AMENDED NOTICE OF SUBMISSION FOR SUMMARY JUDGEMENT (PREVIOUSLY-FILED) BE DENIED

**TO:** DEFENDANT, DR.BILLY PUCKETT, 11508 PEARLAND PARKWAY SUITE 600, HOUSTON, TEXAS 77089

NOW COMES, PLAINTIFF, RENEE JACKSON IN THE ABOVE-ENTITLED AND NUMBERED CAUSE, FILES THE FOLLOWING RESPONSE FOR DEFENDANTS NOTICE OF SUBMISSION AND AMENDED NOTICE OF SUMMARY JUDGEMENT SCHEDULED FOR NOVEMEBER 13, 2023 AT 8:00AM.

To the Honorable Judge in said court:

Plaintiff/Pro'Se Litigant Renee Jackson requests that the defendants' Amended Summary Judgement and all other motions, orders, petitions, and submissions by the defendants be denied due to the unfairness and

*Exhibit 6 (1-5)*

*August 15, 2023*
~~February 20, 2023~~

**FILED**
Marilyn Burgess
District Clerk

AUG 1 5 2023
Time:_____
Harris County, Texas
By_____
Deputy

## CAUSE NO. 202275622

| | |
|---|---|
| RENEE JACKSON | IN THE CIVIL DISTRICT COURT |
| VS | 234TH JUDICIAL DISTRICT OF |
| DR. ROSCHELL SANTEE DR. ROBERT SANTEE | HARRIS COUNTY, TEXAS |

## <u>MOTION FOR RECUSE</u>

Come now, Plaintiff, Renee Jackson, files this Motion for Summary Judgement, due to the Defendants not alerting the Plaintiff of their Response to the Plaintiff's original petition to the 234th court before case was to be placed on court docket January 23rd of 2023 at 11:00 A. M., but falsified information on their submitted document dated January 17th of 2023 stating that a certified copy was sent to the Plaintiff, Renee Jackson, by certified mail and email. Plaintiff, Renee Jackson, did not receive a copy of the Response and will show the following reasons and proof why this suit, should be granted in her favor along with Copyright Infringements, and Conflict of Interest. We pray for the mercy of the court.

To the Honorable Judge of said court in the 234th District;

### General Reason for Original Petition Filed

Plaintiff began September 7th of 2022 meeting with Dr. Robert Santee on h recording of his story for approximately two hours. Upon another meeting, a.



**MARILYN BURGESS**
**District Clerk**
**Houston, Texas 77002**

JACKSON, RENEE
    PO BOX 607
PEARLAND, TX 77588

CASE 202275622 CRT 234 BE ADVISED ON 09/11/2023 THE FOLLOWING ACTIVITY OCCURED.

JACKSON, RENEE  VS.  SANTEE, ROSCHELL (DR)

ORDER SIGNED DENYING RECUSAL OF JUDGE

CASE 202275622 CRT 234 BE ADVISED ON 11/16/2023 THE FOLLOWING ACTIVITY OCCURED.

JACKSON, RENEE  VS.  SANTEE, ROSCHELL (DR)

ORDER SIGNED DENYING RECUSAL OF JUDGE

County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Bill**

39 NO. 16540

**MARILYN BURGESS DISTRICT CLERK**

Action : ADDITIONAL SERVICE

Case: 202275622-7          Trans ID: 215135937          Court: 234

Style      PLT: JACKSON, RENEE
DEF:  SANTEE, ROSCHELL (DR)

| Fee | Description | Amount |
|-----|-------------|--------|
| 502 | JURY FEE (Rule 216 (2) T.R.C.) | $10.00 |

| | | |
|---|---|---|
| Payment  Paupers Due | | $10.00 |
| Amount Due : | | $10.00 |
| Payment Amount: | | $0.00 |
| Amount Applied: | | $0.00 |
| Amount Due: | | $10.00 |
| Received | JA | S3034425 |
| Of | P O BOX 607 | |
| | PEARLAND, TX  77588 | |

TEN  AND 00/100 **************************Dollars

Payment Date:                              File Date: 11/17/2022

IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: MCCARTY, TALITHA R
Validated: 12/7/2023      By :CHAMBERS, WANDA R

Comment:

*9*

No. 2022-75622

| | | |
|---|---|---|
| RENEE JACKSON | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | HARRIS COUNTY, TEXAS |
| | § | |
| DR. ROSCHELL SANTEE | § | 234TH JUDICIAL DISTRICT |
| DR. ROBERT SANTEE | | |

### ORDER DENYING MOTION TO RECUSE

The Court considered the Motion to Recuse filed by **Renee Jackson** in the above captioned case.   Pursuant to Rule 18a, the motion was referred to the undersigned Presiding Judge of the Eleventh Administrative Judicial Region of Texas by the Honorable **Lauren Reeder**, who declined to recuse voluntarily.

The court has reviewed the motion and has concluded that it does not state legally sufficient grounds for disqualification or recusal. Recusal is not appropriate when relief can be found in the appellate process.

The motion does not comply for the following reason(s) and therefore no hearing is necessary.

The Court finds that the motion complains mainly of the trial judge's rulings and actions in the case. A party's remedy for unfair rulings is to assign error regarding the adverse rulings.  See *Grider v. Boston Co,*, 773 S.W.2d 338, 346 (Tex. App.-Dallas 1989, writ denied).  The Rule unambiguously indicates that a motion to recuse "must not be based solely on the judge's rulings in the case."  *See* TEX. R. CIV. P. 18a(a)(3).

Therefore:
The Court ORDERS the motion DENIED without hearing.

Date signed November 22, 2023      *d. Brown*

      Judge Presiding



# Eleventh Administrative Judicial Region of Texas

## Susan Brown

### Presiding Judge
*Rebecca Brite, Executive Assistant*

November 27, 2023

Renee Jackson
VIA EMAIL

Dr. Roschell Santee and Dr. Robert Santee
VIA EMAIL

Attached please find Order Denying Motion that was signed November 22, 2023 in Cause No. 2022-75622 ; Renee Jackson vs Dr. Roschell Santee and Dr. Robert Santee; 234th District Court, Harris County, Texas.

cc:  Clerk

County Auditor's Form/9999A                  **Official Bill**
Harris County, Texas (Rev 04/01)                                              39 NO. 16541

# MARILYN BURGESS DISTRICT CLERK

Action : ADDITIONAL SERVICE              Case: 202353330-7      ·  Trans ID: 215135931          Court: 295

Style    PLT: JACKSON, RENEE
       DEF: SANTEE, ROSHCELL SANTEE

| Fee | Description | Amount |
|-----|-------------|--------|
| 502 | JURY FEE (Rule 216 (2) T.R.C.) | $10.00 |

| | | |
|---|---|---|
| Payment  Paupers Due | | $10.00 |
| Amount Due : | | $10.00 |
| Payment Amount: | | $0.00 |
| Amount Applied: | | $0.00 |
| Amount Due: | | $10.00 |
| Received | JA | S3034425 |
| Of | P O BOX 607 | |
| | PEARLAND, TX  77588 | |

TEN  AND 00/100 ****************************Dollars

Payment Date:                                    File Date: 8/15/2023
IF PAUPER'S OATH IS DENIED, PAYMENT IS DUE IMMEDIATELY

Assessed By: MCCARTY, TALITHA R
Validated: 12/7/2023      By :CHAMBERS, WANDA R

Comment:

Exhibit 5 (1-7)

May 8, 2024

**FILED**
Marilyn Burgess
District Clerk

MAY 0 8 2024

Time:_____

By_____
Harris County, Texas

Deputy

1

## CAUSE NO. 202353330

RENEE JACKSON                    {                    IN THE DISTRICT COURT
PLAINTIFF                        {
                                 {
VS.                              {                    HARRIS COUNTY, TEXAS
                                 {
Dr. Roschell Santee                                  295th JUDICIAL DISTRICT
  DEFENDANT                      {


# <u>MOTION TO REINSTATE</u>


Come now, I, Renee Jackson, files this MOTION TO REINSTATE herein and in support thereof, under TexR.CIV.P.329B and Texas Rule 26.1, would show unto the court the reasons why I am entitled to this appeal for the following reasons.


To the Honorable Judge in said 295TH Court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause will show the following reasons why this notice should be granted in my favor. Whether a case is dismissed under rule 165a or the trial court's inherent power, or disposed of by a misunderstanding and incorrect information, the trial court must reinstate the case if it determines the failure of the party or his attorney "was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained.

Due to previous Certificate of Service to defendant Roschell Santee; plaintiff Renee Jackson is respecting the fact that Roschell Santee asked plaintiff not to get in touch with her or her family in any or she would file harassment charges against plaintiff Renee Jackson (See original filing with evidence); therefore, plaintiff is respecting wishes of the defendant.  Information on defendant is listed below.

Roschell Santee

Libertylp393@gmail.com

Santeefoundation75@gmail.com

3:  The Constitution of the United States of America! The 14th Amendment

This Amendment pertains to me as well and all persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States, nor shall any State deprive any person of life, liberty, or property, without due process of law, nor deny to any person within its jurisdiction the equal protection of the laws.

## Prayer for Relief

Plaintiff respectfully request the court for this motion. I would like to be given a fair chance to prove my case without the unfair and unjust cause of the defendant Roschell Santee getting the help of her important people in the court system sabotaging plaintiff's case with the assumption that the District Court in unjust, unfair, and corrupted. Plaintiff asks that Demand for Jury trial be honored and acknowledged and that disposal of case unjustly be re-instated and heard by a Jury Trial.

Respectfully submitted,


Renee Jackson

Plaintiff

P.O. Box 607

Pearland, Texas 77588

Rjgarner530@yahoo.com


## CERTIFICATE OF SERVICE

3

Libertylp393@gmail.com

1

FILED
Marilyn Burgess
District Clerk

OCT 19 2023

Time:_____
Harris County, Texas
By_____
Deputy

September 25, 2023

## CAUSE NO: 2023-53330

| | |
|---|---|
| RENEE JACKSON | IN THE  DISTRICT COURT |
| PLAINTIFF | 295th Court |
| VS | HARRIS COUNTY, TEXAS |
| DR. ROSCHELL SANTEE | |

### PLAINTIFF'S ANSWER TO DEFENDANT'S RESPONSE TO ORIGINAL PETITION

To the Honorable Judge in said court:

Plaintiff/ ProSe Litigant, Renee Jackson, submits her answer to Defendant Dr. Roschell Santee with proof that Defendant's allegations against her are false; and, yet, again, the First District Court is unfair and unjust which causes a 'Conflict of Interest'.

### ARGUMENTATIVE RESPONSE

1. Plaintiff/Pro'Se Renee Jackson was told by the First District Court to submit any document for petition or motions, there must be a name attached to

1

December 5, 2023

CAUSE NO: 2023-53330

RENEE JACKSON                                    IN THE  DISTRICT COURT

PLAINTIFF                                        295th Court

VS                                               HARRIS COUNTY, TEXAS

DR. ROSCHELL SANTEE

# **DEMAND FOR JURY TRIAL**

Plaintiff/Pro'Se Renee Jackson asserts her right to a trial by jury, under the
Texas Constitution Article 1, Section 15, and makes written demand for a
jury trial.   We plead for the mercy of the court.

Respectfully submitted,

Renee Jackson

Plaintiff

P.O. Box 607

Pearland, Texas 77588

*Exhibit 3 (1-14)*   *1*



# Eleventh Administrative Judicial Region of Texas

## Susan Brown
### Presiding Judge
*Rebecca Brite, Executive Assistant*

April 1, 2022

Renee Jackson
VIA EMAIL
Rjgaener5301@yahoo.com

Robert Carpenter
VIA EMAIL
rcarpenter@sprottnewsom.com

61st District Court
VIA EMAIL

Attached please find Order Denying Motion that was signed April 1, 2022 in Cause No. 2021-74149 ; Jackson, Renee vs Pucket, Billy (Dr.); 61st District Court, Harris County, Texas.

cc: Clerk

**FILED**
Marilyn Burgess
District Clerk

MAY 06 2022

May 6, 2022

Time: _____
Harris County, Texas

By _____
Deputy

Cause no: 2021-74149

Renee Jackson                    In the District Court
    Plaintiff                    Harris County, Texas

VS                              61st Judicial District

Dr. Billy Pucket
Billy Puckett, D.D.S. d/b/a
Pearland Family Dentistry
Syeda Shah, D.D.S.
Griselda Aviles


                Motion to Reinstate Case

To the Honorable Judge of Said Court!

    I, "Pro Se" litigant, Renee Jackson
request this honorable Court for a Motion
to Reinstate Case for the following
reasons:

    2 1. That the Defendants be denied
    Motion to Dismiss with prejudice
    because they want to prevent me
    from recieving justice due to
    damages and injuries, inflicted

May 6, 2022                                          3

Cause NO. 2021-74149

Pence Jackson                    In the District Court
      Plaintiff                  Harris County, Texas
                                 61st Judicial District
VS

Dr. Billy Pucket
Billy Pucket, D.D.S. a/b/a
Pearland Family Dentistry
Syeda Shah, D.D.S.
Griselda Aviles

FILED
Marilyn Burgess
District Clerk

MAY 0 6 2022
Time:_____
        Harris County, Texas
By_____
        Deputy

Order to Reinstate Case

To the Honorable Jude of Said Court:

I ask and beg for mercy relating to
my case against Dr. Billy Pucket, his place
of practice and his staff. As I explained
in court today, I am upset that laws,

May 7, 2022

**FILED**
Marilyn Burgess
District Clerk

MAY 09 2022
Time: _____
Harris County, Texas
By _____
Deputy

1 4

## CAUSE NO. 2021-74149 .

| | | |
|---|---|---|
| RENEE JACKSON | { | IN THE DISTRICT COURT |
| PLAINTIFF | { | |
| VS. | { | HARRIS COUNTY, TEXAS |
| Dr. BILLY PUCKETT | { | |
| BILLY PUCKETT, D.D.D. d/b/a | { | |
| PEARLAND FAMILY DENTISTRY | { | 61ST JUDICIAL DISTRICT |
| GRISELDA AVILES | { | |
| SYEDA SHAW, D.D.S | { | |
| DEFENDANTS | { | |

## Motion to Reinstate Case Docket and Notice of Hearing

To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause and will show the following reasons why this motion should be granted in my favor. Whether a case is dismissed under rule 165a or the trial court's inherent power, the trial court must reinstate the case if it determines the failure of the party or his attorney "was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained. Tex. R. Civ. P. 165a(3), (4). Smith v. Babcock & Wilcox Constr. Co., 913 S.W.2d 467, 468 (Tex. 1995) (per curiam).[4] Proof of accident, mistake, or other reasonable explanation negates the intent or conscious indifference for which reinstatement can be denied. Id.

May 7, 2022

**F I L E D**
Marilyn Burgess
District Clerk

MAY 0 9 2022

Time: _3:40pm_

By _T. Orland_
Harris County, Texas
Deputy

1

## CAUSE NO. 2021-74149

| | | |
|---|---|---|
| RENEE JACKSON | { | IN THE DISTRICT COURT |
| PLAINTIFF | { | |
| VS. | { | |
| Dr. BILLY PUCKETT | { | HARRIS COUNTY, TEXAS |
| BILLY PUCKETT, D.D.D. d/b/a | { | |
| PEARLAND FAMILY DENTISTRY | { | |
| GRISELDA AVILES | { | 61ST JUDICIAL DISTRICT |
| SYEDA SHAW, D.D.S | { | |
| DEFENDANTS | { | |

## Order to Reinstate Case Docket and Notice of Hearing

To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause and will show the following reasons why this motion should be granted in my favor. Whether a case is dismissed under rule 165a or the trial court's inherent power, the trial court must reinstate the case if it determines the failure of the party or his attorney "was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained. Tex. R. Civ. P. 165a(3), (4). Smith v. Babcock & Wilcox Constr. Co., 913 S.W.2d 467, 468 (Tex. 1995) (per curiam).[4] Proof of accident, mistake, or other reasonable explanation negates the intent or conscious indifference for which reinstatement can be denied. Id.

**FILED**
Marilyn Burgess
District Clerk

1

MAY 0 9 2022

Time: 3:40pm

Harris County, Texas

By J. Collins
Deputy

February 23, 2022

## CAUSE NO. 2021-74149

RENEE JACKSON            {
PLAINTIFF              {
VS.                      {
Dr. BILLY PUCKET         {
BILLY PUCKET, D.D.D. d/b/a    {
PEARLAND FAMILY DENTISTRY   {
GRISELDA AVILES          {
SYEDA SHAW, D.D.S        {
DEFENDANTS             {

IN THE DISTRICT COURT

HARRIS COUNTY, TEXAS

61ST JUDICIAL DISTRICT

*X Add*
*Still a form*
*of slavery*

## NOTICE OF SUBMISSION

*Mark*
*eoupaper*

I submitted in this request at the Harris County District Clerk's office (See documents already on file) but was just recently told they were the wrong papers. Although I am representing myself in this case, it is a shame when people misinform you when you're trying to present yourself as a professional, so I am trying this again.

I am requesting date of trial to be considered on the court's submission document on March 21, 2022 at 11:00 A.M in the 61st court of civil law for MOTION TO DEFAULT FOR THE FOLLOWING REASONS.

FILED
Marilyn Burgess
District Clerk

May 7, 2022

MAY 09 2022
Time: 3.20pm
Harris County, Texas
By_____
Deputy

## CAUSE NO. 2021-74149

RENEE JACKSON                         {          IN THE DISTRICT COURT
PLAINTIFF                             {
VS.                                   {          HARRIS COUNTY, TEXAS
Dr. BILLY PUCKETT                     {
BILLY PUCKETT, D.D.D. d/b/a           {
PEARLAND FAMILY DENTISTRY             {          61ST JUDICIAL DISTRICT
GRISELDA AVILES                       {
SYEDA SHAW, D.D.S                     {
DEFENDANTS                            {

## **Plaintiff's Motion of Oral Hearing**

To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause humbly ask that a file for Motion to Reinstate my case. Said Motion is set for Oral Hearing on May 20, 2022 at 11:00 am. The hearing is expected to last 15 minutes

Respectfully submitted,

Renee Jackson

Plaintiff

P.O. Box 607

Pearland, Texas 77588

*8*

**FILED**
Marilyn Burgess
District Clerk

1

May 7, 2022

MAY 0 9 2022
Time: 3:40 PM
Harris County, Texas
By _____
Deputy

## CAUSE NO. 2021-74149

RENEE JACKSON                    {          IN THE DISTRICT COURT
PLAINTIFF                        {
VS.                              {          HARRIS COUNTY, TEXAS
Dr. BILLY PUCKETT                {
BILLY PUCKETT, D.D.D. d/b/a      {
PEARLAND FAMILY DENTISTRY        {          61ST JUDICIAL DISTRICT
GRISELDA AVILES                  {
SYEDA SHAW, D.D.S                {
DEFENDANTS                       {


## **Plaintiff's order of Oral Hearing**


To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause humbly ask that a file for Motion to Reinstate my case. Said Motion is set for Oral Hearing on May 20, 2022 at 11:00 am. The hearing is expected to last 15 minutes

Respectfully submitted,

Renee Jackson

Plaintiff

P.O. Box 607

Pearland, Texas 77588

1

May 7, 2022

**F I L E D**
Marilyn Burgess
District Clerk

MAY 0 9 2022

Time: _3. 4⁄4pm_
Harris County, Texas

By_____ *Collin*___
Deputy

## CAUSE NO. 2021-74149

| | | |
|---|---|---|
| RENEE JACKSON | { | IN THE DISTRICT COURT |
| PLAINTIFF | { | |
| VS. | { | HARRIS COUNTY, TEXAS |
| Dr. BILLY PUCKETT | { | |
| BILLY PUCKETT, D.D.D. d/b/a | { | |
| PEARLAND FAMILY DENTISTRY | { | 61ST JUDICIAL DISTRICT |
| GRISELDA AVILES | { | |
| SYEDA SHAW, D.D.S | { | |
| DEFENDANTS | { | |

## <u>Order for New Trial</u>

Come now, I, Renee Jackson, files this motion for New Trial herein and in support thereof, under Tex.R.CIV.P.329B, would show unto the court the reasons why I am entitled to a new trial for the following reasons.

To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause will show the following reasons why this motion should be granted in my favor. Whether a case is dismissed under rule 165a or the trial court's inherent power, the trial court must reinstate the case if it determines the failure of the party or his attorney "was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained. Tex. R. Civ. P. 165a(3), (4). Smith v. Babcock & Wilcox Constr. Co., 913 S.W.2d 467, 468 (Tex.

*10*

May 7, 2022

F I L E D
Marilyn Burgess
District Clerk

Time: _____ MAY 09 2022

By _____
Harris County, Texas
Deputy

1

## CAUSE NO. 2021-74149

RENEE JACKSON                    {          IN THE DISTRICT COURT
PLAINTIFF                        {
VS.                              {          HARRIS COUNTY, TEXAS
Dr. BILLY PUCKETT                {
BILLY PUCKETT, D.D.D. d/b/a      {
PEARLAND FAMILY DENTISTRY        {          61ST JUDICIAL DISTRICT
GRISELDA AVILES                  {
SYEDA SHAW, D.D.S                {
DEFENDANTS                       {


## <u>Motion for New Trial</u>


Come now, I, Renee Jackson, files this motion for New Trial herein and in support thereof, under TexR.CIV.P.329B, would show unto the court the reasons why I am entitled to a new trial for the following reasons.

To the Honorable Judge in said court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause will show the following reasons why this motion should be granted in my favor. Whether a case is dismissed under rule 165a or the trial court's inherent power, the trial court must reinstate the case if it determines the failure of the party or his attorney "was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained. Tex. R. Civ. P. 165a(3), (4). Smith v. Babcock & Wilcox Constr. Co., 913 S.W.2d 467, 468 (Tex.

1ˢᵗ CCA

**FILED**
Marilyn Burgess
District Clerk

May 7, 2022

MAY 13 2022
Time: 3:48 pm Khiela Jackson
Harris County, Texas
By **Khiela Jackson**
Deputy

1

/1

## CAUSE NO. 2021-74149

RENEE JACKSON                {          IN THE DISTRICT COURT
PLAINTIFF                    {
VS.                          {          HARRIS COUNTY, TEXAS
Dr. BILLY PUCKETT            {
BILLY PUCKETT, D.D.D. d/b/a  {
PEARLAND FAMILY DENTISTRY    {          61ST JUDICIAL DISTRICT
GRISELDA AVILES              {
SYEDA SHAW, D.D.S            {
DEFENDANTS                   {


# <u>NOTICE OF APPEAL</u>


Come now, I, Renee Jackson, files this NOTICE OF APPEAL herein and in support thereof, under TexR.CIV.P.329B and Texas Rule 26.1, would show unto the court the reasons why I am entitled to this appeal for the following reasons.

To the Honorable Judge in said 1ˢᵗ Court or 14ᵗʰ Court:

I, Renee Jackson, Plaintiff, in the above-titled and numbered cause will show the following reasons why this notice should be granted in my favor. Whether a case is dismissed under rule 165a or the trial court's inherent power, the trial court must reinstate the case if it determines the failure of the party or his attorney "was not intentional or the result of conscious indifference but was due to an accident or mistake or that the failure has been otherwise reasonably explained. Tex. R. Civ. P. 165a(3), (4). Smith v. Babcock & Wilcox Constr. Co., 913 S.W.2d 467, 468 (Tex. 1995) (per

/2



# Marilyn Burgess

## HARRIS COUNTY DISTRICT CLERK

201 Caroline | P.O. Box 4651 | Houston, Texas 77210-4651 | 832-927-5800
| www.hcdistrictclerk.com

**5/16/2022**

RENEE JACKSON
PRO SE
PO BOX 607
PEARLAND TX 77588
EMAIL: RJGARNER530@YAHOO.COM

SENT VIA E-MAIL

RE:    Case #: 2021-74149, In the 61ST District Court of Harris County, Texas
       Styled: JACKSON, RENEE vs PUCKET, BILLY (DR)

Dear Ms. Jackson,

This is to inform you that we have received your notice of appeal, filed **May 13, 2022.** This appeal was assigned to
the **1ST Court of Appeals,** and we have calculated the clerk's record due date which is **September 5, 2022.**

A request for a designation of items to be included in the clerk's record should be filed *immediately*. If no request is
received *before the preparation* of the clerk's record, Rule 34.5(b), only items relating to Rule 34.5(a), Rules of
Appellate Procedure, will be included.  For any items to be included, after the Clerk has prepared the record, it will
be necessary to request a supplemental clerk's record Rule 34.5(c).
**Please file all appeal pleadings and requests directly with the Civil/Family Post Trial department, located at
201 Caroline, Suite 250.**

       ** *If party filing Notice of Appeal is an attorney, your pleadings must be electronically filed.* **
Thank you,

*/s/ Khiela Jackson*
KHIELA JACKSON, DEPUTY CLERK

Marilynn Burgess, District Clerk
Harris County, Texas
Civil/Family Post Trial
201 Caroline, Ste. 250
P.O. Box 4651
Houston, Texas  77210

Case# 2021-74149 *form letter*                                                    /3

From: Jackson, Khiela (DCO) (khiela.jackson@hcdistrictclerk.com)

To:     rjgarner530@yahoo.com

Date:  Monday, May 16, 2022, 11:47 AM CDT

Greetings,

Your notice of appeal has been assigned to the First Court of Civil Appeals.

If you have already filed a "Designation of Items to be Included in the Clerk's Record", please disregard
that portion of the attached letter.

Appreciatively,



**Khiela Jackson**

**Team Lead, Civil and Family Post-Trial**

MARILYN BURGESS, Harris County District Clerk

201 Caroline, Suite 250 | Houston, TX 77002

(832) 927-5753 | DEPT. (832) 927-5740

 2174149 AP10-Request for Designation.pdf
570.3kB

 image001.png
13.4kB

FILE COPY

/4



SHERRY RADACK
CHIEF JUSTICE

PETER KELLY
GORDON GOODMAN
SARAH BETH LANDAU
RICHARD HIGHTOWER
JULIE COUNTISS
VERONICA RIVAS-MOLLOY
AMPARO GUERRA
APRIL L. FARRIS
  JUSTICES

# Court of Appeals
## First District
### 301 Fannin Street
### Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700

www.txcourts.gov/1stcoa.aspx

Tuesday, August 30, 2022 ✓

Robert Carpenter Jr.
Sprott Newsom Quattlebaum Messenger
2211 Norfolk St Ste 1150
Houston, TX 77098-4056
* DELIVERED VIA E-MAIL *

Renee Jackson
P. O. Box 607
Pearland, TX 77588
* DELIVERED VIA E-MAIL *

Diana Navarro
Sprott, Newsom, Quattlebaum, Messenger
PC
2211 Norfolk St Ste 1150
Houston, TX 77098-4056
* DELIVERED VIA E-MAIL *

**RE:** **Court of Appeals Number:** 01-22-00369-CV
**Trial Court Case Number:** 2021-74149

**Style:** Renee Jackson v. Dr. Billy Puckett, Billy Puckett, D.D.D.d/b/a Pearland Family Dentistry
Griselda Aviles, Syeda Shaw, D.D.S.

On Tuesday, August 30, 2022 the certified clerk's record was filed. If the clerk's record is incomplete, appellant or any other party should seek to supplement the record. TEX. R. APP. P. 34.5(c). **If there is no reporter's record or if the reporter's record has already been filed, appellant's brief is due 30 days from this date; if it is an accelerated appeal, appellant's brief is due 20 days from this date.** TEX. R. APP. P. 38.6(a). All motions or other documents (i.e., briefs) filed with the Court must comply with TEX. R. APP. P. 9.

Sincerely,

Christopher A. Prine, Clerk

cc:   The Honorable Harris County District Clerk's Office - Civil (DELIVERED VIA E-MAIL)